Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Nicomedes Sy Herrera (State Bar No. 275332)
Kevin Rayhill (State Bar No. 267496)
Kyla Gibboney (State Bar No. 301441)
V Chai Oliver Prentice (State Bar No. 309807)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        nherrera@saverilawfirm.com
        krayhill@saverilawfirm.com
        kgibboney@saverilawfirm.com
        vprentice@saverilawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br>　　　　　Defendants. | Case No.: 4:17-cv-07250-KAW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

|   |   |
|---|---|
| 1 | WHEREAS, on December 21, 2017, Plaintiffs filed the Complaint in this action; |
| 2 | WHEREAS, on October 23, 2018, Plaintiffs filed an Amended Complaint in this action; |
| 3 | WHEREAS, the deadline for Defendants to move or otherwise respond to the Amended |
| 4 | Complaint is January 10, 2019; |
| 5 | WHEREAS, Defendants seek an extension of the deadline to move or otherwise respond to |
| 6 | the Amended Complaint to allow Defendants time to evaluate this case and prepare defenses; |
| 7 | WHEREAS, Plaintiffs have agreed to an extension of the deadline; |
| 8 | WHEREAS, Defendants do not waive, and expressly reserve, all available defenses, except |
| 9 | with respect to the sufficiency of service of process; and |
| 10 | WHEREAS, Defendants have not obtained any previous extension; |
| 11 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between |
| 12 | Plaintiffs and Defendants, as represented by their undersigned counsel, that Defendants' deadline to |
| 13 | move, or otherwise respond to the Complaint shall be extended forty-five (45) days to and including |
| 14 | February 25, 2019. In the event that Defendants respond by filing a motion to dismiss the Amended |
| 15 | Complaint, Plaintiffs shall have until March 27, 2019, to oppose or otherwise respond to such motion |
| 16 | to dismiss, and Defendants shall have until April 11, 2019 to reply. These extensions shall not alter the |
| 17 | date of any event or deadline already fixed by Court order. |

1  WHEREAS, on December 21, 2017, Plaintiffs filed the Complaint in this action;

2  WHEREAS, on October 23, 2018, Plaintiffs filed an Amended Complaint in this action;

3  WHEREAS, the deadline for Defendants to move or otherwise respond to the Amended
4  Complaint is January 10, 2019;

5  WHEREAS, Defendants seek an extension of the deadline to move or otherwise respond to
6  the Amended Complaint to allow Defendants time to evaluate this case and prepare defenses;

7  WHEREAS, Plaintiffs have agreed to an extension of the deadline;

8  WHEREAS, Defendants do not waive, and expressly reserve, all available defenses, except
9  with respect to the sufficiency of service of process; and

10  WHEREAS, Defendants have not obtained any previous extension;

11  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
12  Plaintiffs and Defendants, as represented by their undersigned counsel, that Defendants' deadline to
13  move, or otherwise respond to the Complaint shall be extended forty-five (45) days to and including
14  February 25, 2019. In the event that Defendants respond by filing a motion to dismiss the Amended
15  Complaint, Plaintiffs shall have until March 27, 2019, to oppose or otherwise respond to such motion
16  to dismiss, and Defendants shall have until April 11, 2019 to reply. These extensions shall not alter the
17  date of any event or deadline already fixed by Court order.

| | |
|---|---|
| Dated: January 9, 2019 | By: */s/ Nicomedes Sy Herrera* |
| | Nicomedes Sy Herrera (State Bar No. 275332) |
| | JOSEPH SAVERI LAW FIRM, INC. |
| | 601 California Street, Suite 1000 |
| | San Francisco, California 94108 |
| | Telephone: (415) 500-6800 |
| | Facsimile: (415) 395-9940 |
| | nherrera@saverilawfirm.com |
| | |
| | *Attorneys for Plaintiffs United States of America, States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington; the Commonwealths of Massachusetts and Virginia; and the District of Columbia,* ex rel. *Zachary Silbersher* |
| | |
| Dated: January 9, 2019 | By: */s/ Michael J. Bettinger* |
| | Michael J. Bettinger (SBN 122196) |
| | mbettinger@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, California 94104-1715 |
| | Telephone: (415) 772-1200 |
| | Facsimile: (415) 772-7400 |
| | |
| | *Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories above.

January 9, 2019                                              By:*/s/ Nicomedes Sy Herrera*
                                                                  Nicomedes Sy Herrera

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br> Plaintiffs, <br><br> vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br> Defendants. | Case No.: 4:17-cv-07250-KAW <br><br> [~~PROPOSED~~] **ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT AND OTHER RELIEF** |

The Court, having reviewed the Stipulation for Extension of Time to Respond to Amended Complaint, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

Defendants' time to move, or otherwise respond to the Amended Complaint shall be extended forty-five (45) days to and including February 25, 2019.

In the event that Defendants respond by filing a motion to dismiss the Amended Complaint, Plaintiffs shall have until March 27, 2019, to oppose or otherwise respond to such motion to dismiss, and Defendants shall have until April 11, 2019 to reply.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 1/17/19

_____
United States Magistrate Judge

