1   Michael J. Bettinger (SBN 122196)
    mbettinger@sidley.com
2   SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
3   San Francisco, California  94104-1715
    Telephone: (415) 772-1200
4   Facsimile: (415) 772-7400

5   Gordon Todd (*admitted pro hac vice*)
    gtodd@sidley.com
6   Kimberly Ann Leaman (*admitted pro hac vice*)
    kimberly.leaman@sidley.com
7   SIDLEY AUSTIN LLP
    1501 K Street, N.W., Suite 600
8   Washington, DC 20005
    Telephone: (202) 736-8000
9   Facsimile: (202) 736-8711

10  *Attorneys for Defendants*
    *JANSSEN BIOTECH, INC.,*
11  *JANSSEN ONCOLOGY, INC.,*
    *JANSSEN RESEARCH & DEVELOPMENT, LLC,*
12  *and JOHNSON & JOHNSON*

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16  UNITED STATES OF AMERICA, STATES        Case No.: 3:17-cv-07250-JST
    OF CALIFORNIA, COLORADO,
17  CONNECTICUT, DELAWARE, FLORIDA,
    GEORGIA, HAWAII, ILLINOIS, INDIANA,     **DEFENDANTS JANSSEN BIOTECH, INC.,**
18  IOWA, LOUISIANA, MICHIGAN,              **JANSSEN ONCOLOGY, INC., JANSSEN**
    MINNESOTA, MONTANA, NEVADA, NEW         **RESEARCH & DEVELOPMENT, LLC, AND**
19  JERSEY, NEW MEXICO, NEW YORK,           **JOHNSON & JOHNSON'S**
    NORTH CAROLINA, OKLAHOMA, RHODE         **CERTIFICATION OF INTERESTED**
20  ISLAND, TENNESSEE, TEXAS, VERMONT,      **ENTITIES OR PERSONS PURSUANT TO**
    AND WASHINGTON; THE                     **FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15**
21  COMMONWEALTHS OF
    MASSACHUSETTS AND VIRGINIA; and
22  THE DISTRICT OF COLUMBIA,

23  *ex rel.* ZACHARY SILBERSHER,

24              Plaintiffs,

25          vs.

26  JANSSEN BIOTECH, INC., JANSSEN
    ONCOLOGY, INC., JANSSEN RESEARCH &
27  DEVELOPMENT, LLC, and JOHNSON &
    JOHNSON,
28              Defendants.

1       Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16 of the Northern District

2  of California, the undersigned certifies on behalf of Defendants Janssen Biotech, Inc., Janssen

3  Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson, that as of this

4  date, other than the named parties, there is no such interest to report.  Defendants Janssen Biotech,

5  Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC are wholly owned

6  subsidiaries of Johnson & Johnson.  Johnson & Johnson is a publicly traded corporation that has no

7  parent company, and no publicly held company owns 10 percent or more of its stock.

Dated: February 12, 2019

By: */s/ Michael J. Bettinger*
Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Gordon Todd (*admitted pro hac vice*)
gtodd@sidley.com
Kimberly Ann Leaman (*admitted pro hac vice*)
kimberly.leaman@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W., Suite 600
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Defendants*
*JANSSEN BIOTECH, INC.,*
*JANSSEN ONCOLOGY, INC.,*
*JANSSEN RESEARCH & DEVELOPMENT,*
*LLC, and JOHNSON & JOHNSON*