Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Gordon D. Todd (*pro hac vice*)
gtodd@sidley.com
Kimberly Leaman (*pro hac vice*)
kimberly.leaman@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Defendants*
*JANSSEN BIOTECH, INC.,*
*JANSSEN ONCOLOGY, INC.,*
*JANSSEN RESEARCH & DEVELOPMENT, LLC,*
*and JOHNSON & JOHNSON*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br> Plaintiffs, <br><br> vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br> Defendants. | Case No.: 3:17-cv-07250-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** <br><br> The Hon. Jon S. Tigar <br> Date: April 4, 2019 <br> Time: 2:00 P.M. <br> Place: Courtroom 9, 19th Floor, Phillip Burton Federal Building |

**[PROPOSED] ORDER**

Upon review of Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) and having considered all the papers filed regarding this Motion and authorities cited therein, the Court hereby ORDERS:

1. Defendants' Motion to Transfer is GRANTED.
2. This civil action is hereby TRANSFERRED to the United States District Court for the District of New Jersey.

IT IS SO ORDERED.

DATE:_____

                                                Hon. Jon S. Tigar
                                                United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)
CASE NO. 3:17-CV-07250-JST