1  Michael J. Bettinger (SBN 122196)
   mbettinger@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, California  94104-1715
   Telephone: (415) 772-1200
4  Facsimile: (415) 772-7400

5  Gordon D. Todd (*pro hac vice*)
   gtodd@sidley.com
6  Kimberly Leaman (*pro hac vice*)
   kimberly.leaman@sidley.com
7  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
8  Washington, D.C. 20005
   Telephone: (202) 736-8000
9  Facsimile: (202) 736-8711

10 *Attorneys for Defendants*
   JANSSEN BIOTECH, INC.,
11 JANSSEN ONCOLOGY, INC.,
   JANSSEN RESEARCH & DEVELOPMENT, LLC,
12 and JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON,<br><br>Defendants. | Case No.: 3:17-cv-07250-JST<br><br>**DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar<br>Date:  May 16, 2019<br>Time:  2:00 PM<br>Place:  Courtroom 9, 19th Floor, Phillip Burton Federal Building |

I, Michael J. Bettinger, declare as follows:

1. I am an attorney at Sidley Austin LLP, counsel of record for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research and Development, LLC, and Johnson & Johnson in the above-captioned action. The facts set forth herein are personally known to me and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Appendix A** is a copy of an order and memorandum opinion entered on September 29, 2004, by the United States District Court for the Eastern District of Virginia in *U.S. ex rel. Promega Corp. v. Hoffman-La Roche, Inc.*, Case No. 03-1447-A. This opinion and order is not available on PACER, and was obtained from the docketing department at the Alexandria Division of the Eastern District of Virginia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of February, 2019, at San Francisco, California.

                               */s/ Michael J. Bettinger*
                               Michael J. Bettinger