1  Michael J. Bettinger (SBN 122196)
   mbettinger@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, California  94104-1715
   Telephone: (415) 772-1200
4  Facsimile: (415) 772-7400

5  Gordon D. Todd (*pro hac vice*)
   gtodd@sidley.com
6  Kimberly Leaman (*pro hac vice*)
   kimberly.leaman@sidley.com
7  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
8  Washington, D.C. 20005
   Telephone: (202) 736-8000
9  Facsimile: (202) 736-8711

10 *Attorneys for Defendants*
   *JANSSEN BIOTECH, INC.,*
11 *JANSSEN ONCOLOGY, INC.,*
   *JANSSEN RESEARCH & DEVELOPMENT, LLC,*
12 *and JOHNSON & JOHNSON*

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br>       Plaintiffs, <br><br>     vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br>       Defendants. | Case No.: 3:17-cv-07250-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br><br> The Hon. Jon S. Tigar <br> Date: May 16, 2019 <br> Time: 2:00 PM <br> Place: Courtroom 9, 19th Floor, Phillip Burton Federal Building |

16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Upon review of Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and having considered all the papers filed regarding this Motion and authorities cited therein, the Court hereby ORDERS that Defendants' Motion to Dismiss is GRANTED.  The Amended Complaint is dismissed, with prejudice.

IT IS SO ORDERED.


DATE:_____                    _____

                                                 Hon. Jon S. Tigar
                                                 United States District Judge