1 | Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
2 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
3 | San Francisco, California 94104-1715
Telephone: (415) 772-1200
4 | Facsimile: (415) 772-7400

5 | Gordon D. Todd (*pro hac vice*)
gtodd@sidley.com
6 | Kimberly Leaman (*pro hac vice*)
kimberly.leaman@sidley.com
7 | SIDLEY AUSTIN LLP
1501 K Street, N.W.
8 | Washington, D.C. 20005
Telephone: (202) 736-8000
9 | Facsimile: (202) 736-8711

10 | *Attorneys for Defendants*
*JANSSEN BIOTECH, INC.,*
11 | *JANSSEN ONCOLOGY, INC.,*
*JANSSEN RESEARCH & DEVELOPMENT, LLC,*
12 | *and JOHNSON & JOHNSON*

13 |                    **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
14 |                    **SAN FRANCISCO DIVISION**

15 |

16 | UNITED STATES OF AMERICA, STATES | Case No.: 3:17-cv-07250-JST
OF CALIFORNIA, COLORADO,
17 | CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA, | **DEFENDANTS' NOTICE OF REQUEST,**
IOWA, LOUISIANA, MICHIGAN, | **REQUEST, AND MEMORANDUM OF**
18 | MINNESOTA, MONTANA, NEVADA, | **POINTS AND AUTHORITIES IN**
NEW JERSEY, NEW MEXICO, NEW | **SUPPORT OF REQUEST FOR JUDICIAL**
19 | YORK, NORTH CAROLINA, OKLAHOMA, | **NOTICE IN SUPPORT OF DEFENDANTS'**
RHODE ISLAND, TENNESSEE, TEXAS, | **MOTION TO DISMISS AMENDED**
20 | VERMONT, AND WASHINGTON; THE | **COMPLAINT**
COMMONWEALTHS OF
21 | MASSACHUSETTS AND VIRGINIA; and
THE DISTRICT OF COLUMBIA, | Judge: Hon. Jon S. Tigar
22 | | Date:  May 16, 2019
*ex rel.* ZACHARY SILBERSHER, | Time:  2:00 PM
23 | | Place:  Courtroom 9, 19th Floor, Phillip Burton
Plaintiffs, | Federal Building
24 |
vs.
25 |
JANSSEN BIOTECH, INC., JANSSEN
26 | ONCOLOGY, INC., JANSSEN RESEARCH
& DEVELOPMENT, LLC, and JOHNSON &
27 | JOHNSON,
28 |                    Defendants.

1        **NOTICE OF REQUEST AND REQUEST**

2    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE THAT on May 16, 2019 at 2:00 PM, or as soon thereafter as

4    counsel may be heard in the above-entitled Court located at 450 Golden Gate Avenue, San Francisco,

5    California 94102, Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research &

6    Development, LLC, and Johnson & Johnson, pursuant to Federal Rule of Evidence 201 and in

7    connection with the concurrently filed Motion to Dismiss, will and hereby do respectfully request

8    that the Court take judicial notice of the following Exhibits, true and correct copies or excerpts of

9    which are attached:

10        **Exhibit A** – U.S. Patent No. 5,604,213 (issued Feb. 18, 1997).

11        **Exhibit B** – U.S. Patent No. 8,822,438 (issued Sept. 2, 2014).

12        **Exhibit C** – Applicant Arguments, Notice of Appeal, and Other Reference-Appeal

13    Documents, submitted June 4, 2013, for U.S. Patent Application No. 13/034,430 (filed Feb. 24,

14    2011), *available at* https://portal.uspto.gov/pair/PublicPair.

15        **Exhibit D** – Petition, *Amerigen Pharm., Ltd. v. Janssen Oncology, Inc.*, IPR2016-00286

16    (P.T.A.B. Dec. 12, 2015), *available at* https://ptab.uspto.gov/#/login.

17        **Exhibit E** – Petition, *Mylan Pharm., Inc. v. Janssen Oncology, Inc.*, IPR2016-01332

18    (P.T.A.B. June 30, 2016), *available at* https://ptab.uspto.gov/#/login.

19        **Exhibit F** – Petition, *Wockhardt Bio AG v. Janssen Oncology, Inc.*, IPR2016-01582

20    (P.T.A.B. Aug. 10, 2016), *available at* https://ptab.uspto.gov/#/login.

21        **Exhibit G** – Michael S. Cookson et. al, *Castration-Resistant Prostate Cancer: AUA*

22    *Guideline*, AMERICAN UROLOGY ASSOCIATION EDUCATION AND RESEARCH, INC. (2013).

23        **Exhibit H** – GSA Drugs, Pharmaceuticals & Hematology Related Products Solicitation, 01

24    – Solicitation Document, Standing Solicitation No. M5-Q50A-03-R8.

25        **Exhibit I** – Specification, submitted Feb. 24, 2011, for U.S. Patent Application No.

26    13/034,430 (filed Feb. 24, 2011), *available at* https://portal.uspto.gov/pair/PublicPair.

27        **Exhibit J** – Excerpt from Certified File Wrapper of U.S. Patent No. 8,822,438, Patent

28    Application No. 13/034,340 (filed Feb. 24, 2011).

1

1    **Exhibit K** – Johnson & Johnson, Form 10-Q (Nov. 4, 2016).

2    **Exhibit L** – Johnson & Johnson, Form 10-Q (Aug. 4, 2016).

3    **Exhibit M** – Johnson & Johnson, Form 10-Q (May 9, 2016).

4    **Exhibit N** – Johnson & Johnson, Form 10-K (Feb. 24, 2016).

5    **Exhibit O** – Elaine A. Mostaghel, *Abiraterone in the Treatment of Metastatic Castration-*

6  *Resistant Prostate Cancer*, CANCER MANAGEMENT RESEARCH (2012),

7  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3912049/.

8    **Exhibit P** – *Patent Board Grants Inter Partes Review of Cancer-Fighting Therapy*, 24-1

9  MEALEY'S(R) LITIG. REP.: PATENTS 12 (2016).

10    **Exhibit Q** – Dr. Cary Millner & Kunyong Yang, *United States: PTAB Institutes Separate*

11  *IPR Proceedings Filed By Codefendants, Finding That The Later IPR Proceeding Was Not Barred*

12  *by 35 U.S.C. § 325(d), PTAB Litigation Blog*, MONDAQ BUS. BRIEFING (Feb. 7, 2017).

13    **Exhibit R** – *Zytiga To Face Challenges*, BUSINESS MONITOR ONLINE (Nov. 3, 2016).

14    **Exhibit S** – Jan Berger et al., *How Drug Life-Cycle Management Patent Strategies May*

15  *Impact Formulary Management*, 22 (16 supp.) AJMC (Jan. 20, 2017),

16  https://www.ajmc.com/journals/supplement/2016/how-drug-life-cycle-management-patent-

17  strategies-may-impact-formulary-management/a636-article.

18    **Exhibit T** – Silas Inman, *FDA Approves Pre-Chemo Enzalutamide for mCRPC*, ONCLIVE

19  (Sept. 10, 2014), https://www.onclive.com/web-exclusives/fda-approves-pre-chemo-enzalutamide-

20  for-mcrpc.

21    **Exhibit U** – Donald L. Trump, *FDA Approves Enzalutamide for Metastatic Castration-*

22  *Resistant Prostate Cancer*, HEMONC TODAY (Sept. 25, 2012),

23  https://www.healio.com/hematology-oncology/prostate-cancer/news/print/hemonc-

24  today/%7B9c47a439-aef9-4380-bdce-0e6843a2d524%7D/fda-approves-enzalutamide-for-

25  metastatic-castration-resistant-prostate-cancer.

26    **Exhibit V** – Amit Bahl et al., *Second-Line Treatment Options in Metastatic Castration-*

27  *Resistant Prostate Cancer: A Comparison of Key Trials with Recently Approved Agents*, CANCER

28  TREATMENT REVIEWS (Aug. 16, 2013), https://doi.org/10.1016/j.ctrv.2013.06.008.

2

1    **Exhibit W** – H. Lee Mofflitt Cancer Ctr. & Res. Inst., *Researchers Identify Inhibitor that*

2 *Overcomes Drug Resistance in Prostate Cancer*, SCIENCEDAILY (June 12, 2017),

3 www.sciencedaily.com/releases/2017/06/170612124417.htm.

4    **Exhibit X** – Emmanuel S. Antonakaris, *Current Understanding of Resistance to*

5 *Abiraterone and Enzalutamide in Advanced Prostate Cancer*, CLINICAL ADVANCES IN

6 HEMATOLOGY & ONCOLOGY (May 2016), http://www.hematologyandoncology.net/archives/may-

7 2016/current-understanding-of-resistance-to-abiraterone-and-enzalutamide-in-advanced-prostate-

8 cancer/.

9    **Exhibit Y** – Andrew Pollack, *New Drug For Prostate Cancer Gets F.D.A. Nod*, N.Y.

10 TIMES (Aug. 31, 2012), https://www.nytimes.com/2012/09/01/business/fda-approves-prostate-

11 cancer-drug.html

12    **Exhibit Z** – Naoki Terada et al., *Exploring the Optimal Sequence of Abiraterone and*

13 *Enzalutamide in Patients with Chemotherapy-Naïve Castration-Resistant Prostate Cancer: The*

14 *Kyoto-Baltimore Collaboration*, 24 Int'l J. of Urology (Apr. 28, 2017),

15 https://doi.org/10.1111/iju.13346.

16    **Exhibit AA** – Dennis Thompson, *Early Chemo May Boost Survival in Advanced Prostate*

17 *Cancer*, WEBMD (May 14, 2015), https://www.webmd.com/prostate-cancer/news/20150514/early-

18 chemo-may-boost-survival-in-advanced-prostate-cancer#1.

19    **Exhibit BB** – Todd Campbell, *Can Xtandi Become the Go-To Prostate Drug?*, AOL

20 FINANCE (Sept. 20, 2013), https://www.aol.com/article/finance/2013/09/20/can-xtandi-become-the-

21 go-to-prostate-drug/20725994/#.

22    **Exhibit CC** – Andrew Pollack, *New Drugs Fight Prostate Cancer, but at High Cost*, N.Y.

23 TIMES (June 27, 2011), https://www.nytimes.com/2011/06/28/health/28prostate.html.

24    **Exhibit DD** – *What Is ZYTIGA® (Abiraterone Acetate)?*, ZYTIGA® (archived October 15,

25 2017), https://web.archive.org/web/20171015195728/https:/www.zytiga.com/.

26    **Exhibit EE** – *How should I take XTANDI?*, XTANDI® (archived October 6, 2017),

27 https://web.archive.org/web/20171006005848/https:/www.xtandi.com/.

28

3

1  **Exhibit FF** – *Why make JEVTANA your next step?*, JEVTANA® (archived October 5, 2017),

2  https://web.archive.org/web/20171005083102/http:/www.learnaboutjevtana.com/.

3  **Exhibit GG** – Dep't of Veterans Affairs, National Acquisition Center (CCST), Item

4  Details:  57894-0150-12,

5  https://www.va.gov/nac/Pharma/Details?NDC=57894015012&CNT=V797P-5230B (last visited

6  Feb. 25, 2019).

7  **Exhibit HH** – U.S. Dep't of Veterans Affairs, National Acquisition Center (CCST), Item

8  Details: 57894-0195-06;

9  https://www.va.gov/nac/Pharma/Details?NDC=57894019506&CNT=V797P-5230B (last visited

10  Feb. 25, 2019).

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2      When evaluating a motion to dismiss, courts "may properly take judicial notice of material

3  attached to the complaint and of matters in the public record." *Vazquez v. Select Portfolio*

4  *Servicing*, No. 13-CV-03789-JST, 2013 WL 5770995, at \*1 (N.D. Cal. Oct. 23, 2013).  Courts may

5  also "judicially notice a fact that is not subject to reasonable dispute," because it "can be accurately

6  and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R.

7  Evid. 201(b).

8      Here, the attached Exhibits fall within categories of documents that courts have recognized

9  as judicially noticeable.  Courts can take judicial notice of such materials to determine whether a

10  qualifying public disclosure occurred, without converting the motion to dismiss into one for

11  summary judgment.  *See, e.g.*, *U.S. ex rel. Hong v. Newport Sensors, Inc.*, 728 F. App'x 660, 661

12  (9th Cir. 2018) (affirming judicial notice of documents "submitted to demonstrate public

13  disclosure"); *Amphastar Pharm. Inc. v. Aventis Pharma SA*, No. EDCV-09-0023-MJG, 2012 WL

14  5512466, at \*3–4 (C.D. Cal. Nov. 14, 2012); *U.S. ex rel. Ambrosecchia v. Paddock Labs., LLC*,

15  855 F.3d 949, 954–55 (8th Cir. 2017) ("amended public disclosure bar is appropriately resolved on

16  a motion to dismiss, even assuming that it no longer poses a jurisdictional question" and "[i]n

17  evaluating whether the public disclosure bar applies, [courts] may consider … items subject to

18  judicial notice." (quotations omitted) (citations omitted)).

19      Exhibits A through H are judicially noticeable because they are "documents incorporated

20  by reference in a complaint or upon which a complaint necessarily relies."  *In re Kalobios Pharm.,*

21  *Inc. Sec. Litig.*, 258 F. Supp. 3d 999, 1003 (N.D. Cal. 2017).  "Although generally the scope of

22  review on motion to dismiss for failure to state a claim is limited to the Complaint, a court may

23  consider evidence on which the "complaint 'necessarily relies' if: (1) the complaint refers to the

24  document; (2) the document is central to the plaintiffs' claim; and (3) no party questions the

25  authenticity of the copy attached to the 12(b)(6) motion."  *Daniels-Hall v. Nat'l Educ. Ass'n*, 629

26  F.3d 992, 998 (9th Cir. 2010).

27      Exhibits A and B are the two patents upon which Relator's Amended Complaint ("AC" or

28  "Complaint") relies.  Exhibit C is Defendants' June 4, 2013 patent-prosecution filing submitted in

5

1    Application No. 13/034,340 ("the June 4 Submission") and referenced in the Complaint.  *See* AC

2    ¶¶ 75, 80.  The June 4 Submission is central to Relator's Complaint, because the Complaint alleges

3    that Defendants made fraudulent misrepresentations and/or omissions to the United States Patent &

4    Trademark Office ("USPTO") in that submission.  Exhibits D, E, and F are *inter partes* review

5    petitions cited by Relator in his Complaint.  *Id.* ¶ 92.  Exhibit G is an American Urology

6    Association guideline from 2013 on which Relator premises one of his allegations.  *Id.* ¶ 80(d).

7    Exhibit H is a General Services Administration solicitation document from which Relator quotes in

8    support of his claim.  *Id.* ¶ 107.

9         Exhibits I through Z and AA through FF are judicially noticeable because they are "matters

10   of the public record."  *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 742, 746 n.6 (9th Cir.

11   2006).  Exhibits I and J are documents that were submitted by Defendants during the '438 patent

12   prosecution and are available via the USPTO's Patent Application Information Retrieval System

13   ("PAIR").  Courts may take judicial notice of information available from PAIR.  *E.g.*,

14   *TransCardiac Therapeutics, Inc. v. Yoganathan*, 15 F. Supp. 3d 1364, 1372 n.12 (N.D. Ga. 2014);

15   *RB Rubber Prods., Inc. v. ECORE Int'l, Inc.*, No. 3:11-cv-319-AC, 2012 WL 860416, at *5 (D. Or.

16   Mar. 13, 2012).  Exhibits K, L, M, and N are publicly filed 10-Q and 10-K disclosures.  SEC

17   filings are subject to judicial notice.  *See Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 (9th Cir.

18   2006).

19        Exhibits O through Z and AA through CC are fifteen online articles or reports that are

20   available to the public.  Defendants request these documents to be judicially noticed "not for the

21   truth of the information," but "merely to show that the information was publicly available."  *Hong*,

22   728 F. App'x at 661 (upholding district court's judicial notice of "the fact of the seven documents'

23   public availability") (emphasis omitted).  "Courts may take judicial notice of publications

24   introduced to 'indicate what was in the public realm at the time, not whether the contents of those

25   articles were in fact true.'"  *Von Saher v. Norton Simon Museum of Arts at Pasadena*, 592 F.3d

26   954, 960 (9th Cir. 2009) (citation omitted).

27        Exhibits DD, EE, and FF are three webpages from October 2017, accessed via the Wayback

28   Machine, an internet archive that reflects how a given webpage appeared at a prior point in time.

1   "Courts have taken judicial notice of the contents of web pages available through Wayback

2   Machine as facts that can be accurately and readily determined from sources whose accuracy

3   cannot reasonably be questioned." *Erickson v. Nebraska Mach. Co.*, No. 15-CV-01147-JD, 2015

4   WL 4089849, at *1 (N.D. Cal. July 6, 2015).

5          Exhibits GG and HH are webpages published by the Department of Veterans Affairs

6   website that reflect that Zytiga is offered for sale to the government on a Federal Supply Schedule.

7   The Court can "take judicial notice of [p]ublic records and government documents available from

8   reliable sources on the internet, such as websites run by the governmental agencies." *Hadley v.*

9   *Kellogg Sales Co.*, 243 F. Supp. 3d 1074, 1088 (N.D. Cal. 2017) (citation and internal quotation

10  omitted).

11         Because all of the exhibits referenced herein are judicially noticeable, Defendants

12  respectfully request the Court to take judicial notice of each of the attached Exhibits for purposes

13  of showing the existence of the Exhibits and their date of publication.

14

15  Dated: February 25, 2019

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Michael J. Bettinger*
    Michael J. Bettinger (SBN 122196)
    mbettinger@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, California  94104-1715
    Telephone: (415) 772-1200
    Facsimile: (415) 772-7400

    Gordon D. Todd (*pro hac vice*)
    gtodd@sidley.com
    Kimberly Leaman (*pro hac vice*)
    kimberly.leaman@sidley.com
    SIDLEY AUSTIN LLP
    1501 K Street N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8000
    Facsimile: (202) 736-8711

    *Attorneys for Defendants*
    *JANSSEN BIOTECH, INC.,*
    *JANSSEN ONCOLOGY, INC.,*
    *JANSSEN RESEARCH & DEVELOPMENT,*
    *LLC, and JOHNSON & JOHNSON*

7