Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Nicomedes Sy Herrera (State Bar No. 275332)
Kevin Rayhill (State Bar No. 267496)
Kyla Gibboney (State Bar No. 301441)
V Chai Oliver Prentice (State Bar No. 309807)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         nherrera@saverilawfirm.com
         krayhill@saverilawfirm.com
         kgibboney@saverilawfirm.com
         vprentice@saverilawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br>          Plaintiffs, <br><br>     vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br>          Defendants. | Case No.: 4:17-cv-07250-JST <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)** |

1   WHEREAS, on February 12, 2019, Defendants filed a motion to transfer venue under 28
2   U.S.C. § 1404(a) in this action (the "Motion") (Dkt. 30);
3   WHEREAS, Defendants noticed the Motion to be heard on April 4, 2019 at 2:00 p.m.; and
4   WHEREAS, the parties stipulate to reschedule the hearing on the Motion to April 18, 2019,
5   at 2:00 p.m., to accommodate a pre-existing conflict for Plaintiff-Relator's counsel, who will be out
6   of town traveling during the originally-noticed hearing date;
7   WHEREAS, Plaintiff-Relator has not obtained any previous time modifications for the
8   Motion, and the parties have only once previously stipulated to extend Defendants' time to answer or
9   otherwise respond to the complaint and set a mutually convenient briefing schedule; and
10  WHEREAS, the requested order changing time for the hearing will not materially affect the
11  schedule for the case;
12  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
13  Plaintiff-Relator and Defendants, as represented by their undersigned counsel, that the hearing date
14  on the Motion should be rescheduled to April 18, 2019, at 2:00 p.m.

Dated: February 26, 2019

By: */s/ Nicomedes Sy Herrera*
Nicomedes Sy Herrera (State Bar No. 275332)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
nherrera@saverilawfirm.com

*Attorneys for Plaintiff-Relator*

| | |
|---|---|
| Dated: February 26, 2019 | By: */s/ Michael J. Bettinger* |
| | Michael J. Bettinger (SBN 122196) |
| | mbettinger@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, California 94104-1715 |
| | Telephone: (415) 772-1200 |
| | Facsimile: (415) 772-7400 |
| | |
| | *Attorneys for Defendants* |
| | *JANSSEN BIOTECH, INC.,* |
| | *JANSSEN ONCOLOGY, INC.,* |
| | *JANSSEN RESEARCH & DEVELOPMENT,* |
| | *LLC, and JOHNSON & JOHNSON* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories above.

February 26, 2019                             By:*/s/ Nicomedes Sy Herrera*
                                                           Nicomedes Sy Herrera

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br> Plaintiffs, <br><br> vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br> Defendants. | Case No.: 4:17-cv-07250-JST <br><br> **[PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

1    The Court, having reviewed the Stipulation for Extension of Time to Respond to Amended

2 Complaint, and good cause appearing therefor, **HEREBY MAKES THE FOLLOWING ORDER:**

3    The hearing for Defendants' motion to transfer venue under 28 U.S.C. § 1404(a) (Dkt. 30)

4 shall be rescheduled to April 18, 2019, at 2:00 p.m.

5 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7 Date: _____    _____

8                                                                          Hon. Jon S. Tigar
                                                                       United States District Judge