Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Nicomedes Sy Herrera (State Bar No. 275332)
Kevin Rayhill (State Bar No. 267496)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
   swilliams@saverilawfirm.com
   nherrera@saverilawfirm.com
   krayhill@saverilawfirm.com
   asatyasai@saverilawfirm.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br> Defendants. | Case No.3:17-cv-07250-JST <br><br> **PLAINTIFF-RELATOR'S RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE (DKT. 33)** <br><br> Judge: Hon. Jon S. Tigar <br><br> Date: May 16, 2019 <br><br> Time: 2:00 p.m. <br><br> Place: Courtroom 9, 19th Floor, Phillip Burton Federal Building |

Plaintiff-Relator Zachary Silbersher ("Relator") does not oppose Defendants' request to take judicial notice of the documents attached as Exhibits A through HH to their motion (the "RJN") for the limited purpose of establishing that those documents existed in the places cited by Defendants at the times indicated.

Relator agrees that the Court should "take judicial notice . . . for purposes of showing the existence of the Exhibits and their date of publication." (RJN, at 7) The Court should not take judicial notice of the truth of any statement contained in those documents. Indeed, Relator alleges that some of the statements in those documents constitute fraudulent misrepresentations, as alleged in the Amended Complaint. (Dkt. 7)

The Court also should not take judicial notice of Exhibits A through HH for the purpose of establishing what Relator or the general public "knew about the status" of Zytiga's commercial success or efficacy compared with competing treatments. *See, e.g., Khoja v. Orexigen Therapeutics, Inc.,* 899 F.3d 988, 1000 (9th Cir. 2018) (the district court would have "abused its discretion" to take judicial notice of an investors' call transcript filed with the SEC "to determine what the investors knew about the status" of the study discussed).

Moreover, as explained in Relator's opposition brief, the False Claims Act, 31 U.S.C. §§ 3729-3733, bars *qui tam* actions only if the material allegations of fraud were disclosed in specifically enumerated public *fora* such that the disclosure is "sufficient to enable it adequately to investigate the case and to make a decision whether to prosecute." *U.S.* ex rel. *Found. Aiding the Elderly v. Horizon W.*, 265 F.3d 1011, 1016, *opinion amended,* 275 F.3d 1189 (9th Cir. 2001). To qualify as a public disclosure, it must be made in: (i) a federal criminal, civil, or administrative hearing or proceeding "in which the Government or agent is a party"; (ii) a Congressional or federal report, hearing, audit or investigation; or (iii) the news media. 31 U.S.C. § 3730(e)(4)(A)(i)-(iii). Relator does not concede that the documents for which defendants ask the Court to take judicial notice are within the three enumerated statutory *fora* under 31 U.S.C § 3730(e)(4)(A).

Finally, Relator disagrees with Defendants' interpretation and characterization of the contents of the documents. The contents of the documents do not disclose the material allegations of fraud that

Relator alleges in the Complaint.

Dated: March 27, 2019

JOSEPH SAVERI LAW FIRM, INC.

By: */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Nicomedes Sy Herrera (State Bar No. 275332)
Kevin Rayhill (State Bar No. 267496)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Attorneys for Plaintiff-Relator Zachary Silbersher*