Jeffrey J. Greenbaum (285071972)
jgreenbaum@sillscummis.com
SILLS CUMMIS & GROSS
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-5430
Facsimile: (973) 643-6500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br>Plaintiffs,<br><br>vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON,<br><br>Defendants. | Civil Action No. 19-12107 (KM) (JBC)<br><br>**FINANCIAL INTEREST DISCLOSURE STATEMENT**<br><br>*Document electronically filed* |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies on behalf of Defendants that Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC are wholly owned subsidiaries of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation that has no parent company, and no publicly held company owns 10 percent or more of its stock.

SILLS CUMMIS & GROSS P.C.

By: s/ *Jeffrey J. Greenbaum*

Jeffrey J. Greenbaum
One Riverfront Plaza
Newark, New Jersey  07102

SIDLEY AUSTIN LLP
Gordon D. Todd (*pro hac vice* to be filed)
Kimberly Leaman (*pro hac vice* to be filed)
1501 K Street, N.W.
Washington, DC 20005

*Attorneys for Defendants*
*JANSSEN BIOTECH, INC.,*
*JANSSEN ONCOLOGY, INC.,*
*JANSSEN RESEARCH & DEVELOPMENT, LLC,*
*and JOHNSON & JOHNSON*