# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
Tel: 973-643-7000
Fax: 973-643-6500

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial:  (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

May 29, 2019

<u>**VIA ECF**</u>

Honorable James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Room 369
Newark, NJ 07101

Re:    *ex rel. Silbersher v. Janssen Biotech, Inc., et al.*
       **Civil Action No. 2:19-cv-12107 (KM-JBC)**

Dear Magistrate Judge Clark:

This firm is co-counsel for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson in this matter. Defendants and Plaintiff-Relator Zachary Silbersher have agreed upon a proposed schedule for the filing of a Second Amended Complaint and a renewed motion to dismiss in response. Accordingly, enclosed for the Court's review is a proposed Consent Order memorializing the parties' agreed schedule.

Thank you for your time and consideration of this matter.

Respectfully submitted,

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Enclosure

cc:    All Counsel (via ECF)