

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / **l**itedepalma.com

Newark ▪ Philadelphia

July 23, 2019

**VIA ECF**
Honorable James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
U.S. Courthouse & Post Office Building
Federal Square
Newark, New Jersey 07102

> Re: *Silbersher v. Janssen Biotech, Inc., et al.*
> **Civil Action No. 2:19-cv-12107 (KM-JBC)**

Dear Magistrate Judge Clark:

We represent Plaintiff-Relator Zachary Silbersher in this matter. We have agreed with counsel for all defendants on a proposed schedule for the filing of a joint motion to dismiss the Second Amended Complaint. Accordingly, we enclose for the Court's review a proposed Consent Order memorializing the parties' agreement and proposed schedule.

Thank you for your time and consideration of this matter.

Respectfully,

*/s/ Bruce D. Greenberg*

Bruce D. Greenberg

BDG:emp
Enclosure

298150 v1