| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson* | WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>Telephone: (973) 757-1100<br>*Attorneys for Defendant BTG International Limited* |

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and BTG INTERNATIONAL<br><br>        Defendants. | Civil Action No. 19-12107 (KM)(JBC)<br><br>Hon. Kevin McNulty, U.S.D.J.<br><br>**Return Date: November 4, 2019**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF JOINT MOTION TO DISMISS BY DEFENDANTS JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and <u>BTG INTERNATIONAL LIMITED</u>** |

**PLEASE TAKE NOTICE** that on November 4, 2019 at 9:30 a.m., or at such other date and time as may be set by the Court, Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, Johnson & Johnson, and BTG International Limited (collectively, "Defendants"), by and through their undersigned attorneys, will move before the

1

Honorable Kevin McNulty, U.S.D.J., United States District Court for the District of New Jersey, Lautenberg U.S. Post Office & Courthouse, Federal Square, Courtroom 4, Newark, New Jersey 07101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Memorandum in Support of Defendants' Joint Motion to Dismiss Second Amended Complaint, Request for Judicial Notice with Exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

| | |
|---|---|
| Dated: September 13, 2019 | Respectfully submitted, |
| **SILLS CUMMIS & GROSS P.C.** | **WALSH PIZZI O'REILLY FALANGA LLP** |
| By: *s/ Jeffrey J. Greenbaum* <br> JEFFREY J. GREENBAUM <br> jgreenbaum@sillscummis.com <br> GREGORY E. REID <br> greid@sillscummis.com <br> One Riverfront Plaza <br> Newark, New Jersey 07102 | By: *s/ Liza M. Walsh* <br> LIZA M. WALSH <br> lwalsh@walsh.law <br> Three Gateway Center <br> 100 Mulberry Street, 15th Floor <br> Newark, NJ 07102 |
| **SIDLEY AUSTIN LLP** <br> GORDON V. TODD (*pro hac vice*) <br> gtodd@sidley.com <br> KIMBERLY LEAMAN (*pro hac vice*) <br> kimberly.leaman@sidley.com <br> 1501 K Street, N.W. <br> Washington, DC 20005 | **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> Jonathan G. Cedarbaum (*pro hac vice*) <br> jonathan.cedarbaum@wilmerhale.com <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> <br> *Attorneys for Defendant BTG International Limited* |
| *Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson* | |