**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

[Additional Counsel on Signature Page]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br> *Plaintiffs*, <br><br> v. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and BTG INTERNATIONAL LIMITED, <br><br> *Defendants*. | Civil Action No.: 19-12107 (KM)(JBC) <br><br> Motion Date: November 4, 2019 <br><br> *Document electronically filed* |

**PLAINTIFF-RELATOR ZACHARY SILBERSHER'S RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE (DKT. 79-2)**

Plaintiff-Relator Zachary Silbersher ("Relator") does not oppose Defendants' request to take judicial notice of the documents referenced as Exhibits A through OO (Dkts. 79-3 and 79-4) in Defendants' Request for Judicial Notice (Dkt. 79-2) for the limited purpose of establishing those documents existed in the places cited by Defendants at the times indicated. *U.S. ex rel. Spay v. CVS Caremark Corp.,* 913 F. Supp. 2d 125, 139–40 (E.D. Pa. 2012), *citing Benak ex rel. Alliance Premier Growth Fund v. Alliance Capital Mgmt., L.P.,* 435 F.3d 396, 401 n. 15 (3d Cir.2006).

The Court, however, need not take judicial notice of documents that are "not helpful in deciding the current motions." *United States* ex rel. *Integra Med Analytics LLC v. Providence Health & Servs.*, 2019 WL 3282619, at *4 (C.D. Cal. July 16, 2019) (determining whether documents that purportedly established "public disclosure" were disclosed in an enumerated forum under the False Claims Act, 31 U.S.C. § 3730(e)(4)(A)(i)-(iii)).

*Inter partes* review proceedings ("IPRs") and patent prosecutions fall squarely within an *excluded* public forum under § 3730(e)(4)(A)(i), because they are administrative proceedings in which the government is not a party. Information disclosed in such proceedings therefore cannot be used by defendants to raise a public disclosure bar. Moreover, scientific studies, legal reporters, scholarly journals, SEC filings, government websites, and competitor websites are neither "Federal reports" nor "news media" under § 3730(e)(4)(A)(ii), (iii). *See generally* Plaintiff-Relator's Opposition to Defendants' Motion to Dismiss, at § V(B).

The Court therefore need not take judicial notice of Exhibits A-P, S, V, Z, DD-HH, KK, and OO, because they would "not [be] helpful" in resolving any public disclosure issues. *Integra,* 2019 WL 328261, at *4.

Dated: October 15, 2019

**LITE DEPALMA GREENBERG, LLC**

 */s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad St, Suite 1201
Newark, NJ  07102
Tel: (973) 623-3000
bgreenberg@litedepalma.com
**HERRERA PURDY WEILER LLP**
Nicomedes Sy Herrera (*pro hac vice*)
Andrew Purdy (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
Laura E. Seidl (*pro hac vice*)

1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HPWLaw.com
APurdy@HPWLaw.com
MWeiler@HPWLaw.com
LSeidl@HPWLaw.com

**GOLDSTEIN & RUSSELL, P.C.**
Tejinder Singh (*pro hac vice*)
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
TSingh@goldsteinrussell.com

*Attorneys for Plaintiff-Relator*
*Zachary Silbersher*