# S ILLS C UMMIS & G ROSS

A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
Tel: 973-643-7000
Fax: 973-643-6500

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

October 24, 2019

<u>**VIA ECF**</u>
Honorable James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Room 369
Newark, NJ 07101

Re: *United States ex rel. Silbersher v. Janssen Biotech, Inc., et al.*
**Civil Action No. 19-12107 (KM-JBC)**

Dear Magistrate Judge Clark:

This firm is co-counsel for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson in this matter. Defendants filed a Motion to Dismiss on September 13, 2019 and Plaintiff-Relator Zachary Silbersher filed opposition on October 15, 2019. Under the consent order and briefing schedule entered by the Court, Defendants' reply is currently due on October 28, 2019. Due to unforeseen scheduling conflicts, Defendants request a one-week extension to file a reply brief. Plaintiff consents to the extension.

Thank you for your time and anticipated courtesies.

Respectfully submitted,

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: All Counsel per ECF