

**LITE DEPALMA GREENBERG**

570 Broad Street / Suite 1201 / Newark, NJ 07102
P: 973.623.3000 / F: 973.623.0858 / litedepalma.com

Newark ∥ Philadelphia

December 12, 2019

**VIA ECF**
Honorable Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building & Courthouse
50 Walnut Street – MLD 2A
Newark, NJ 07102

      Re:    *Silbersher v. Janssen Biotech, Inc., et al.*
             Civil Action No. 2:19-cv-12107 (KM)(JBC)

Dear Judge McNulty:

      Together with our co-counsel, this office represents Plaintiff-Relator Zachary Silbersher in this matter. After conferring with counsel for defendants and for plaintiffs in the consolidated antitrust class actions before the Court involving Zytiga (Nos. 19-14146 and 19-14291), Relator requests oral argument on defendants' motion to dismiss (Dkt. 79) the Second Amended Complaint (Dkt. 63). That motion has been fully briefed as of November 4, 2019. (Dkts. 79, 88, and 99). If the Court grants oral argument, all parties request that the Court coordinate oral argument on the motion to dismiss in this action with argument on any motions to dismiss the consolidated antitrust actions, if the Court believes that doing so will not unduly delay the *qui tam* action, given the stay in the antitrust actions pending determination of leadership issues.

      Thank you very much for your consideration.

                                      Respectfully,

                                      */s/ Bruce D. Greenberg*

                                      Bruce D. Greenberg

BDG:emp

**SO ORDERED**

K̶e̶v̶i̶n̶ McNulty, U.S.D.J.
Date: 12/13/2019

298150 v1