**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**
**VIA VIDEO/TELEPHONE CONFERENCE**

**OFFICE:** NEWARK                                                                                  **DATE:** June 5, 2020
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                                                                                  **DOCKET # 19cv12107**
ZACHARY SILBERSHER.
*ex rel. (Plaintiff-Relator)*
            vs.
JANNSEN BIOTECH INC., et al

**APPEARANCES**

Bruce D. Greenberg, Esq. for Plaintiff
Jeffrey J. Greenbaum, Esq. for Defendants Janssen Biotech Inc., Janssen Oncology, Inc., Janssen Research & Development LLC, and Johnson & Johnson
Pro Hac Vice Counsel Kimberly A. Leaman, Esq., Gordon D. Todd, Esq., Nicomedes Sy Herrera, Esq., Laura E. Seidl, Esq., and Tejinder Singh, Esq. for Defendants Janssen Biotech Inc., Janssen Oncology, Inc., Janssen Research & Development LLC, and Johnson & Johnson
Harman Grossman and Julia Kiechel observing for Johnson & Johnson
Liza M. Walsh, Esq. and Katelyn O'Reilly, Esq. for Defendant BTG International Limited
Pro Hac Vice Counsel Peter J. Carney, Esq., Jack E. Pace, III, Esq., Kevin M. Bolan, Esq. for Defendant BTG International Limited

**TITLE OF CASE:**                                                                                  **DOCKET # 19cv14146**
LOUSIANA HEALTH SERVICE & INDEMNITY COMPANY
*d/b/a Blue Cross and Blue Shield of Louisiana, etc.*
 and
Plaintiffs Consolidated
MAYOR AND CITY COUNCIL OF BALTIMORE, et al
            vs.
JANNSEN BIOTECH INC., ET AL

**APPEARANCES**

James E. Cecchi, Esq. for all Plaintiffs
Pro Hac Vice Counsel Thomas Sobol, Esq., Lauren Guth Barnes, Esq. Jose P. Leniski, Jr., Esq. for all Plaintiffs
Sharon K. Robertson, Esq. for Plaintiffs Consolidated Mayor and City Council of Baltimore
Jeffrey J. Greenbaum, Esq. for Defendants Janssen Biotech Inc., Janssen Oncology, Inc., and Janssen Research & Development LLC.
Pro Hac Vice Counsel Kimberly A. Leaman, Esq., Gordon D. Todd, Esq., Ashley E. Bass, Esq. for Defendants Janssen Biotech Inc., Janssen Oncology, Inc., and Janssen Research & Development LLC.
Liza M. Walsh, Esq. and Katelyn O'Reilly, Esq. for Defendant BTG International Limited
Pro Hac Vice Counsel Peter J. Carney, Esq., Jack E. Pace, III, Esq., Kevin M. Bolan, Esq. for Defendant BTG International Limited
Peter S. Pearlman, Esq. for Interested Party Self-Insured Schools of California

**TITLE OF CASE:**                                                                 **DOCKET  # 19cv14291**
SELF-INSURED SCHOOLS FOR CALIFORNIA
     vs.
JANNSEN BIOTECH INC., et al

**APPEARANCES**

Dan Drachler, Esq. and Peter S. Pearlman, Esq. for Plaintiff
Pro Hac Vice Counsel Joseph R. Saveri, Esq. and Kevin Rayhill, Esq. for Plaintiff
Jeffrey J. Greenbaum, Esq. for Defendants Janssen Biotech Inc., Janssen Oncology, Inc., Janssen Research & Development LLC, and Johnson & Johnson
Pro Hac Vice Counsel Ashley E. Bass, Esq. for Defendants Janssen Biotech Inc., Janssen Oncology, Inc., Janssen Research & Development LLC, and Johnson & Johnson
Liza M. Walsh, Esq. and Katelyn O'Reilly, Esq. for Defendant BTG International Limited

**TITLE OF CASE:**                                                                 **DOCKET  # 20cv5901**
KPH HEALTHCARE SERVICES, INC.
     vs.
JANNSEN BIOTECH INC., et al

**APPEARANCES**

Dianne M. Nast, Esq. and Shelly L. Friedland, Esq. for Plaintiff
Pro Hac Vice Counsel Michael L. Roberts, Esq. for Plaintiff

**Nature of Proceedings**:

VIDEO/TELEPHONE STATUS CONFERENCE HELD ON THE RECORD

**Time Commenced:  10:00**
**Time Adjourned:   10:40**
**Total Time: 40 Minutes**

                                                     Nitza Creegan
                                                   DEPUTY CLERK