

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark ∎ Philadelphia

February 2, 2021

**VIA ECF**
Hon. Kevin McNulty, U.S.D.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark, NJ 07101

        Re:    *United States* ex rel. *Silbersher v. Janssen Biotech, Inc.*, et al.
              **No. 2:19-cv-12107 (KM-JBC)**

Dear Judge McNulty:

    Together with our co-counsel, we represent the Relator, Zachary Silbersher. We write to join in defendants' request that the Court schedule a status conference. ECF No. 111. Relator believes that a status conference would help the parties and the Court to move this matter forward more expeditiously.

    Thank you very much for your consideration.

                                Respectfully,

                                */s/ Bruce D. Greenberg*

                                Bruce D. Greenberg

bdg/abm

cc:    All counsel (via ECF)

856646.2