# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZACHARY SILBERSHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>Defendants. | Civil Action No. 19-12107 (KM)<br><br>**ORDER** |

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the undersigned should recuse himself; and good cause appearing;

**IT IS** on this 24th day of February, 2021,

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by the Honorable Edward S. Kiel, U.S.M.J.

*s/James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**

Original: Clerk
cc: Hon. Kevin McNulty, U.S.D.J.
Hon. Edward S. Kiel, U.S.M.J.
File