# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SILBERSHER *et al.*,<br><br>    Plaintiffs,<br>vs.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>    Defendants. | Civil Action No. 19-12107 (KM) (ESK) |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br>vs.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>    Defendants. | Civil Action No. 19-14146 (KM) (ESK) |
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER REGARDING COORDINATION OF CASES AND CONSOLIDATION OF <u>DOCKETS</u>** |

   The parties in the above-captioned litigation have met and conferred and, subject to this Court's approval, respectfully submit this Stipulation and proposed Order.

WHEREAS, *United States ex rel. Silbersher v. Janssen Biotech Inc., et al.*, Civil Action No. 19-12107 (KM-ESK), is referred to as the "*Qui Tam* Action;"

WHEREAS, *Louisiana Health Service & Indemnity Co., et al. v. Janssen Biotech, Inc., et al.*, Civil Action No. 19-14146 (KM-ESK), and *Self-Insured Schools of California v. Janssen Biotech, Inc., et al.,* Civil Action No. 19-14291 (KM-ESK), were previously consolidated for all purposes and are referred to as the "End-Payor Class Action;"

WHEREAS, *KPH Healthcare Services, Inc. v. Janssen Biotech, Inc.*, *et al.*, Civil Action No. 20-05901 (KM-ESK), is referred to as the "Direct Purchaser Class Action;"

WHEREAS, although the *Qui Tam* Action, End-Payor Class Action and Direct Purchaser Class Action will not themselves be consolidated, the parties agree that because these cases share a common nucleus of alleged facts, both discovery and pre-trial proceedings in the three actions should be coordinated for pre-trial purposes to the extent reasonably practicable;

WHEREAS this order does not impact consolidation of proceedings for purposes of trial; and

WHEREAS, the parties agree that it will promote efficiency for the dockets in the *Qui Tam* Action, End-Payor Class Action, and Direct Purchaser Class Action to be consolidated.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

The *Qui Tam* Action, End-Payor Class Action, and Direct Purchaser Class Action will be coordinated for discovery and pre-trial purposes and the dockets in all three actions will be consolidated to one docket, with Civil Case No. 19-12107 (KM-ESK) designated as the Master Docket.

**A.    Consolidation of Any Later-Filed End-Payor or Direct Purchaser Class Actions**

If one or more additional actions are filed in this district, or transferred to this Court, that

purport to be brought on behalf of a class of end-payors of Zytiga, they shall be deemed consolidated with the End-Payor Class Action unless an objection is filed within 14 days of effective service of each new complaint on all parties, and the objection is sustained.

If one or more additional actions are filed in this district, or transferred to this Court, that purport to be brought on behalf of a class of direct purchasers of Zytiga, they shall be deemed consolidated with the Direct Purchaser Class Action unless an objection is filed within 14 days of effective service of each new complaint on all parties, and the objection is sustained.

**B.     Case Caption and Consolidation of Dockets**

The Clerk of Court is directed to consolidate the *Qui Tam* Action, End-Payor Class Action, and Direct Purchaser Class Action to one docket, with Civil Action No. 19-12107 (KM)(ESK) designated as the Master Docket.

All actions related to the *Qui Tam* Action, End-Payor Class Action, and/or Direct Purchaser Class Action filed in or transferred to this district, or to be filed or transferred, shall bear the following caption:

| In re: Zytiga Litigation | Master Docket. No. 19-12107 (KM)(ESK) |
|---|---|
| This Document Relates To: | |

When a pleading or other court paper filed is intended to apply to all actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading or other court paper is intended to apply only to one, or some, but not all, of such actions, the party filing the document shall indicate the action(s) to which the document is intended to apply. The parties may indicate, for example, "*Qui Tam* Action" or "End-Payor Class Action" or "Direct Purchaser Class Action."

The master docket sheet entry will reflect the fact that any particular filing relates to one or more, but less than all, of the actions. It is the obligation of counsel for the party undertaking such a filing to ensure that any orders entered pursuant to such a filing reflect this limitation.

Dated: March 24, 2021

By: */s/ Shelly L. Friedland*
    Shelly L. Friedland
    Ted Trief
    **TRIEF & OLK**
    9 Kansas Street
    Hackensack, NJ 07601
    Telephone: (201) 343-5770
    Facsimile: (212) 317-2946
    sfriedland@triefandolk.com

*Interim Liaison Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Plaintiff Class*

    Dianne M. Nast
    **NASTLAW LLC**
    1101 Market Street, Suite 2801
    Philadelphia, PA 19107
    Telephone: (215) 923-9300
    Facsimile: (215) 923-9302
    dnast@nastlaw.com

    Michael L. Roberts
    **ROBERTS LAW FIRM**
    1920 McKinney Avenue, Suite 700
    Dallas, TX 75201
    Telephone: (501) 952-8558
    mikeroberts@robertslawfirm.us

*Co-Interim Lead Counsel for the Proposed Direct Purchaser Plaintiff Class*

By: */s/ Bruce D. Greenberg*
    Bruce D. Greenberg
    **LITE DePALMA GREENBERG, LLC**
    570 Broad St, Suite 1201
    Newark, NJ 07102
    Tel: (973) 623-3000
    Fax: (973) 623-0858

By: */s/ James E. Cecchi*
    James E. Cecchi
    Lindsey H. Taylor
    CARELLA, BYRNE, CECCHI,
    OLSTEIN, BRODY & AGNELLO, P.C.
    5 Becker Farm Road
    Roseland, NJ 07068
    (973) 994-1700

*Interim Liaison Counsel for End-Payor Plaintiffs and the Proposed End-Payor Class*

    Thomas M. Sobol
    Lauren G. Barnes
    Gregory T. Arnold
    HAGENS BERMAN SOBOL SHAPIRO LLP
    55 Cambridge Parkway, Suite 301
    Cambridge, MA 02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003
    tom@hbsslaw.com
    lauren@hbsslaw.com
    grega@hbsslaw.com

    Sharon K. Robertson
    Donna M. Evans
    COHEN MILSTEIN SELLERS & TOLL, PLLC
    88 Pine Street, 14th Floor
    New York, NY 10005
    Telephone: (212) 838-7797
    Facsimile: (212) 838-7745
    srobertson@cohenmilstein.com
    devans@cohenmilstein.com

*Co-Chairs of the Co-Interim Lead Counsel Committee for the Proposed End-Payor Class*

bgreenberg@litedepalma.com

Nicomedes Sy Herrera (*pro hac vice*)
Laura E. Seidl (*pro hac vice*)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HerreraKennedy.com
LSeidl@HerreraKennedy.com

Tejinder Singh (*pro hac vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
TSingh@goldsteinrussell.com

*Attorneys for Plaintiff-Relator
Zachary Silbersher*

**SILLS CUMMIS & GROSS P.C.**

By:   *s/ Jeffrey J. Greenbaum*
    Jeffrey J. Greenbaum
    Gregory E. Reid
    One Riverfront Plaza
    Newark, NJ 07102
    Phone: (973) 643-7000
    jgreenbaum@sillscummis.com
    greid@sillscummis.com

  **SIDLEY AUSTIN LLP**
  Gordon D. Todd (*pro hac vice*)
  Kimberly Leaman (*pro hac vice*)
  1501 K Street, N.W.
  Washington, DC 20005
  Telephone:(202)736-8000
  gtodd@sidley.com
  Kimberly.leaman@sidley.com

  **COVINGTON & BURLING LLP**
  Timothy C. Hester (*pro hac vice*)
  Ashley E. Bass (*pro hac vice*)
  Carol A. Szurkowski (*pro hac vice*)
  One CityCenter

James R. Dugan II
David S. Scalia
TerriAnne Benedetto
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc. and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Joseph H. Meltzer
Terence S. Ziegler
Donna Siegel Moffa
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com
dmoffa@ktmc.com

*Counsel for Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Health Benefit Plan and Co-Interim Lead Counsel for the Proposed End-Payor Class*

5

850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
thester@cov.com
abass@cov.com
cszurkowski@cov.com

*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

**WALSH PIZZI O'REILLY FALANGA LLP**

By: *s/ Liza M. Walsh*
    Liza M. Walsh
    Katelyn O'Reilly
    William T. Walsh, Jr.
    Three Gateway Center
    100 Mulberry Street, 15th Floor
    Newark, NJ 07102
    Telephone: (973) 757-1100
    lwalsh@walsh.law
    koreilly@walsh.law
    wwalsh@walsh.law

**WHITE & CASE LLP**
Peter J. Carney (*pro hac vice*)
Adam M. Acosta (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3667
pcarney@whitecase.com
adam.acosta@whitecase.com

Alison Hanstead (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8433
ahanstead@whitecase.com
jpace@whitecase.com

Kevin M. Bolan (*pro hac vice*)
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9311

Joe P. Leniski, Jr.
J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203 Telephone: 615/254-8801 Facsimile: 615/255-5419
joeyl@bsjfirm.com
gerards@bsjfirm.com
jims@bsjfirm.com

*Council for Plaintiff Kentucky Laborers District Council Health and Welfare Fund and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Richard A. Sherburne, Jr.
Jessica W. Chapman
LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA
5525 Reitz Avenue (70809)
P.O. Box 98029
Baton Rouge, LA 70809-9029
Telephone: (225) 298−1144
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com

Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK  WITKIN KREIS OVERHOLTZ PLLC
17 East Main Street
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com
jwitkin@awkolaw.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc.*

6

Kevin.bolan@whitecase.com

*Attorneys for Defendant
BTG International Limited*

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Warren T. Burns
Spencer Cox
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Tel: (469) 904-4550
wburns@burnscharest.com
scox@burnscharest.com

Amanda Klevorn
BURNS CHAREST LLP
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
lwright@burnscharest.com

*Counsel for Plaintiff the
Mayor and City Council of Baltimore and the
Proposed End-Payor Class*

Jane Lewis
CITY OF BALTIMORE DEPARTMENT OF LAW
City Hall, Room 109
100 N. Holiday Street
Baltimore, MD 21202
Telephone: (443) 388-2190
Jane.Lewis@baltimorecity.gov

*Counsel for Plaintiff the Mayor and City
Council of Baltimore*

Heidi M. Silton
Karen H. Riebel
Jessica N. Servais
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S., Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900

                                        Fax: (612) 339-0981
                                        hmsilton@locklaw.com
                                        khriebel@locklaw.com
                                        jnservais@locklaw.com

                                        Daniel C. Hedlund
                                        Michelle J. Looby
                                        GUSTAFSON GLUEK PLLC
                                        120 South 6th Street, Suite 2600
                                        Minneapolis, Minnesota 55402
                                        Tel: (612) 333-8844
                                        Fax: (612) 339-6622
                                        dhedlund@gustafsongluek.com
                                        mlooby@gustafsongluek.com

*Counsel for Plaintiff Pipe Trades Services MN Welfare Fund and the Proposed End-Payor Class*

**SO ORDERED this _____ day of _____ 2021.**

                                        _____
                                        EDWARD S. KIEL, U.S.M.J.