SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
*Attorneys for Defendants Janssen Biotech,*
*Inc., Janssen Oncology, Inc., Janssen*
*Research & Development, LLC, and*
*Johnson & Johnson*

WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
*Attorneys for Defendant BTG International*
*Limited*

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER,  Plaintiffs,  vs.  JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and BTG INTERNATIONAL  Defendants. | Civil Action No. 19-12107 (KM)(ESK)  Hon. Kevin McNulty, U.S.D.J.  **Return Date:  TBD**  (Oral Argument Requested)  *Document Electronically Filed*  **NOTICE OF JOINT MOTION TO DISMISS BY DEFENDANTS JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, and BTG INTERNATIONAL LIMITED** |

**PLEASE TAKE NOTICE** Defendants Janssen Biotech, Inc., Janssen Oncology, Inc.,

Janssen Research & Development, LLC, Johnson & Johnson, and BTG International Limited

(collectively, "Defendants"), by and through their undersigned attorneys, will move before the

Honorable Kevin McNulty, U.S.D.J., United States District Court for the District of New Jersey,

Lautenberg U.S. Post Office & Courthouse, Federal Square, Courtroom 4, Newark, New Jersey

07101, on a date to be set by the Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Memorandum in Support of Defendants' Joint Motion to Dismiss Second Amended Complaint with Appendices, Request for Judicial Notice with Exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

Dated: April 6, 2021

**SILLS CUMMIS & GROSS P.C.**

By: *s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
GREGORY E. REID
greid@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102

**SIDLEY AUSTIN LLP**
GORDON D. TODD (*pro hac vice*)
gtodd@sidley.com
KIMBERLY LEAMAN (*pro hac vice*)
kimberly.leaman@sidley.com
1501 K Street, N.W.
Washington, DC 20005

***Attorneys for Defendants Janssen
Biotech, Inc., Janssen Oncology, Inc.,
Janssen Research & Development, LLC,
and Johnson & Johnson***

Respectfully submitted,

**WALSH PIZZI O'REILLY FALANGA LLP**

By: *s/ Liza M. Walsh*
LIZA M. WALSH
lwalsh@walsh.law
KATELYN O'REILLY
koreilly@walsh.law
WILLIAM T. WALSH, JR.
wwalsh@walsh.law
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

**WHITE & CASE LLP**

JACK E. PACE III (*pro hac vice*)
jpace@whitecase.com
ALISON HANSTEAD (*pro hac vice*)
ahanstead@whitecase.com
1221 Avenue of the Americas
New York, NY 10020-1095

PETER J. CARNEY (*pro hac vice*)
pcarney@whitecase.com
ADAM M. ACOSTA (*pro hac vice*)
adam.acosta@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005-3807

KEVIN M. BOLAN (*pro hac vice*)
kevin.bolan@whitecase.com
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9311

***Attorneys for Defendant
BTG International Limited***