| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson* | WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>Telephone: (973) 757-1100<br>*Attorneys for Defendant BTG International Limited* |

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Zytiga Litigation<br><br>This Document Relates To: All Actions | Master Docket. No. 19-12107 (KM)(ESK)<br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J.<br><br>**Motion Day: May 18, 2021**<br>(Oral Argument Requested)<br><br>**NOTICE OF JOINT MOTION TO STAY DISCOVERY BY ALL DEFENDANTS** |

**PLEASE TAKE NOTICE** that on May 18, 2021, on short notice pursuant to a schedule set by Magistrate Judge Kiel, Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, Johnson & Johnson, and BTG International Limited (collectively, "Defendants"), by and through their undersigned attorneys, will move before the Honorable Edward S. Kiel, U.S.M.J., United States District Court for the District of New Jersey, Lautenberg U.S. Post Office & Courthouse, Federal Square, Courtroom 8, Newark, New Jersey 07101, for an Order staying discovery in the above-referenced and coordinated cases pending Judge McNulty's resolution of Defendants' motions to dismiss and, in the Direct-Purchaser Plaintiff ("DPP") action, Defendants' motion to compel arbitration.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Letter Brief in Support of Joint Motion to Stay Discovery, and all

pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

Respectfully submitted,

| | |
|---|---|
| **SILLS CUMMIS & GROSS P.C.** | **WALSH PIZZI O'REILLY FALANGA LLP** |
| By: *s/ Jeffrey J. Greenbaum* | By: *s/ Liza M. Walsh* |
| JEFFREY J. GREENBAUM | LIZA M. WALSH |
| jgreenbaum@sillscummis.com | lwalsh@walsh.law |
| GREGORY E. REID | KATELYN O'REILLY |
| greid@sillscummis.com | koreilly@walsh.law |
| One Riverfront Plaza | WILLIAM T. WALSH, JR. |
| Newark, New Jersey 07102 | wwalsh@walsh.law |
| Phone: (973) 643-7000 | Three Gateway Center |
| | 100 Mulberry Street, 15th Floor |
| **SIDLEY AUSTIN LLP** | Newark, NJ 07102 |
| GORDON D. TODD (*pro hac vice*) | Phone.: (973) 757-1100 |
| gtodd@sidley.com | |
| KIMBERLY LEAMAN (*pro hac vice*) | **WHITE & CASE LLP** |
| kimberly.leaman@sidley.com | JACK E. PACE III (*pro hac vice*) |
| 1501 K Street, N.W. | jpace@whitecase.com |
| Washington, DC 20005 | ALISON HANSTEAD (*pro hac vice*) |
| | ahanstead@whitecase.com |
| **COVINGTON & BURLING LLP** | 1221 Avenue of the Americas |
| TIMOTHY C. HESTER (*pro hac vice*) | New York, NY 10020-1095 |
| thester@cov.com | |
| ASHLEY E. BASS (*pro hac vice*) | PETER J. CARNEY (*pro hac vice*) |
| abass@cov.com | pcarney@whitecase.com |
| CAROL A. SZURKOWSKI (*pro hac vice*) | ADAM M. ACOSTA (*pro hac vice*) |
| cszurkowski@cov.com | adam.acosta@whitecase.com |
| One CityCenter | 701 Thirteenth Street, NW |
| 850 Tenth Street, NW | Washington, DC 20005-3807 |
| Washington, DC 20001 | |
| | KEVIN M. BOLAN (*pro hac vice*) |
| ***Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*** | kevin.bolan@whitecase.com |
| | 75 State Street |
| | Boston, MA 02109-1814 |
| | Telephone: (617) 979-9311 |
| | |
| | ***Attorneys for Defendant BTG International Limited*** |