UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Zytiga Litigation<br><br>This Document Relates To: All Actions | Master Docket. No. 19-12107 (KM)(ESK)<br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J.<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY BY ALL DEFENDANTS** |

**THIS MATTER** having been brought before the Court on the Joint Motion of Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, Johnson & Johnson, and BTG International Limited (collectively, "Defendants"), for an order staying discovery in the above-referenced and coordinated cases pending Judge McNulty's resolution of Defendants' motions to dismiss and, in the Direct-Purchaser Plaintiff ("DPP") action, Defendants' motion to compel arbitration, and the Court having considered the submissions of the parties, and the arguments of counsel, if any; and for good cause shown,

**IT IS**, on this _____ day of _____ 2021,

**ORDERED** that Defendants' Joint Motion to Stay Discovery is **GRANTED**; and it is further

**ORDERED** that all discovery in the above-referenced and coordinated cases is hereby **STAYED** pending resolution of the motions to dismiss and to compel arbitration.

_____
HON. EDWARD S. KIEL, U.S.M.J.