June 11, 2021

**VIA ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Courtroom 8
Newark, New Jersey 07101

    Re:   *In re Zytiga Litigation*
           Master Docket No. 19-12107(KM)(ESK)
           *Qui Tam and End Payor Class Action*

Dear Judge Kiel:

    The parties to the above-referenced cases have met and conferred at the Court's suggestion regarding modifying the dates contained in the May 19, 2021 Order for initial discovery, and have agreed upon the deadlines included in the proposed order, which is included herewith, except for the inclusion of, and date for, initial disclosures. The parties have one area of disagreement concerning whether or not initial disclosures should be exchanged as part of the initial discovery the Court has ordered. The parties' positions on this issue are set forth below. For the Court's convenience, Plaintiffs included in the proposed order an option for the Court to choose whether initial disclosures "shall" or "shall not" be due.

    ***Plaintiffs' Position:*** The Court held a status conference regarding Defendants' Motion to Stay Discovery (ECF No. 130, "Defendants' Motion") and Plaintiffs' Letter Request for Limited Discovery (ECF No. 159 "Plaintiffs' Letter Request") on June 18, 2021. During the conference, the Court indicated that it would deny Defendants' Motion and adopt Plaintiffs' proposal regarding the initiation of limited discovery, as reflected in Plaintiffs' Letter Request (ECF No. 159). Although Plaintiffs' Letter Request included a June 14, 2021 deadline for the parties to serve initial disclosures, the Court's May 24, 2021 Order did not include a deadline for initial disclosures. Plaintiffs believe the omission may have been inadvertent, as initial disclosures are relevant and important for all of the

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 2

reasons articulated in Plaintiffs' Letter Request, including because requiring the parties to engage with their clients early about the location of documents and the identity of witnesses likely to have discoverable information is critical to ensuring that each side preserves all potentially relevant information. This is particularly important here, where the conduct at issue began as far back as 2007 and spans over a decade. Initial disclosures will also help kickstart post-motion to dismiss discussions regarding custodians and deponents.

  Defendants' contention that it is premature to identify potential witnesses and document locations cannot be squared with their position regarding document preservation. If Defendants are in fact working with their clients to identify potential custodians and preserve documents, communicating that information to Plaintiffs through initial disclosures imposes no additional burden and is in fact required by the Federal Rules. There is no reasonable basis to believe the motions to dismiss will narrow the scope of witnesses or documents. Plaintiffs have made a good faith effort to negotiate with Defendants, agreeing to extend virtually *every* deadline they previously proposed and which the Court ultimately ordered, and proposing a rolling production of documents over the course of two months. Plaintiffs' current proposal regarding initial disclosures likewise reflects a compromise, extending the initial proposed deadline by over 30 days. The proposed deadline is more than feasible – falling over 40 days from this submission. And the motion to dismiss briefing schedule provides no excuse. Briefing has been complete in the End-Payor and Direct Purchaser actions since June 7, 2021. As to the *Qui Tam* action, this is the *third* time Defendants are briefing the motion to dismiss, Defendants have had the Relator's opposition brief since May 20, 2021 and their 20-page reply brief is not due for almost another month. Accordingly, Plaintiffs respectfully request that the Court require the parties to serve initial disclosures by July 16, 2021.

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 3

*Defendants' Position:* Defendants believe the paragraph regarding initial disclosures should be stricken. It was not in the Court's initial Order and we believe the Court reasonably intended not to include it. It is premature to outline potential witnesses and the location of additional documents until the parties know what claims and cases will survive the pending motions. Plaintiffs' prejudgment that they will prevail on all motions and confidence that the motions will not result in any narrowing of claims or the elimination of these cases is at best premature and not a basis to impose additional burdens on Defendants while they are working on document productions. Plaintiffs argue the initial disclosures are somehow relevant to preservation issues, but there are no significant preservation issues in this case given the underlying patent infringement litigation. Large troves of documents already have been identified for production and document requests will be served later. Initial disclosures at this point serve no purpose other than to impose additional burdens on Defendants while they are working on their initial document productions scheduled to commence August 11. Plaintiffs' additional points attack strawman arguments.

Defendants believe the initial disclosures were intentionally excluded for sound reasons, but if the Court had intended for them to be included, Defendants propose the deadline be no earlier than August 3, in light of the work that will be required to prepare for and commence the requested document productions on August 11. In arguing for a July 16 date in 40 days from today, Plaintiffs forget that one basis for adjusting the dates was not to start any of these initial discovery efforts until after the briefing is complete on July 5. August 3 is less than 40 days from July 5.

Respectfully yours,

**SILLS CUMMIS & GROSS P.C.**

By: */s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com

By: */s/ James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 4

GREGORY E. REID
greid@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500

**SIDLEY AUSTIN LLP**

GORDON D. TODD (*pro hac vice*)
gtodd@sidley.com
KIMBERLY LEAMAN (*pro hac vice*)
kimberly.leaman@sidley.com
1501 K Street, N.W.
Washington, DC 20005

**COVINGTON & BURLING LLP**

TIMOTHY C. HESTER (*pro hac vice*)
thester@cov.com
ASHLEY E. BASS (*pro hac vice*)
abass@cov.com
CAROL A. SZURKOWSKI (*pro hac vice*)
cszurkowski@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

**WALSH PIZZI O'REILLY FALANGA LLP**

By: */s/ Liza M. Walsh*
LIZA M. WALSH
lwalsh@walsh.law
KATELYN O'REILLY
koreilly@walsh.law
WILLIAM T. WALSH, JR.
wwalsh@walsh.law
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Interim Liaison Counsel for End-Payor Plaintiffs and the Proposed End-Payor Class*

Thomas M. Sobol
Lauren G. Barnes
Gregory T. Arnold
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
grega@hbsslaw.com

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Chairs of the Co-Interim Lead Counsel Committee for the Proposed End-Payor Class*

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 5

Phone.: (973) 757-1100
Facsimile: (973) 757-1090

**WHITE & CASE LLP**

JACK E. PACE III (*pro hac vice*)
jpace@whitecase.com
ALISON HANSTEAD (*pro hac vice*)
ahanstead@whitecase.com
1221 Avenue of the Americas
New York, NY 10020-1095

PETER J. CARNEY (*pro hac vice*)
pcarney@whitecase.com
ADAM M. ACOSTA (*pro hac vice*)
adam.acosta@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005-3807

KEVIN M. BOLAN (*pro hac vice*)
kevin.bolan@whitecase.com
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9311

***Attorneys for Defendant***
***BTG International Limited***

James R. Dugan II
David S. Scalia
TerriAnne Benedetto
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc. and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Joseph H. Meltzer
Terence S. Ziegler
Donna Siegel Moffa
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com
dmoffa@ktmc.com

*Counsel for Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Health Benefit Plan and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 6

Joe P. Leniski, Jr.
J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
joeyl@bsjfirm.com
gerards@bsjfirm.com
jims@bsjfirm.com

*Council for Plaintiff Kentucky Laborers District Council Health and Welfare Fund and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Richard A. Sherburne, Jr.
Jessica W. Chapman
LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA
5525 Reitz Avenue (70809)
P.O. Box 98029
Baton Rouge, LA 70809-9029
Telephone: (225) 298-1144
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com

Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK WITKIN KREIS OVERHOLTZ PLLC
17 East Main Street
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com
jwitkin@awkolaw.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc.*

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 7

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
ccormier@burnscharest.com

Warren T. Burns
Spencer Cox
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Tel: (469) 904-4550
wburns@burnscharest.com
scox@burnscharest.com

Amanda Klevorn
BURNS CHAREST LLP
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
lwright@burnscharest.com

*Counsel for Plaintiff the
Mayor and City Council of Baltimore and
the Proposed End-Payor Class*

Jane Lewis
CITY OF BALTIMORE DEPARTMENT OF LAW
City Hall, Room 109
100 N. Holiday Street
Baltimore, MD 21202
Telephone: (443) 388-2190
Jane.Lewis@baltimorecity.gov

*Counsel for Plaintiff the Mayor and City
Council of Baltimore*

Heidi M. Silton
Karen H. Riebel
Jessica N. Servais
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S.,

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 8

Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
jnservais@locklaw.com

Daniel C. Hedlund
Michelle J. Looby
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Counsel for Plaintiff Pipe Trades Services MN Welfare Fund and the Proposed End-Payor Class*

By: */s/ Bruce D. Greenberg*
Bruce D. Greenberg
LITE DEPALMA GREENBERG
& AFANADOR, LLC
570 Broad St, Suite 1201
Newark, NJ  07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

Nicomedes Sy Herrera (*pro hac vice*)
Laura E. Seidl (*pro hac vice*)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HerreraKennedy.com
LSeidl@HerreraKennedy.com

Tejinder Singh (*pro hac vice*)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814

Honorable Edward S. Kiel, U.S.M.J.
June 11, 2021
Page 9

Telephone: (202) 362-0636
TSingh@goldsteinrussell.com

*Attorneys for Plaintiff-Relator
Zachary Silbersher*