June 18, 2021

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Courtroom 8
Newark, New Jersey 07101

Re:  ***Parties' Joint Request for an Extension of Time***
***to Submit Proposed Discovery Confidentiality Order***
*United States ex rel. Silbersher v. Janssen Biotech, Inc.*,
No. 19-cv-12107-KM-ESK
*Louisiana Health Service & Indemnity Co. v. Janssen Biotech, Inc.*,
No. 19-cv-14146-KM-ESK
*KPH Healthcare Services, Inc. v. Janssen Biotech, Inc.*,
No. 20-cv-05901-KM-ESK

Dear Judge Kiel:

The parties to the above-referenced actions write to jointly request a short extension of time to submit a proposed joint stipulated confidentiality order for Court approval, currently due on Monday, June 21, 2021 (ECF No. 144).

The parties have been actively meeting, conferring and exchanging drafts. The intervening new federal holiday has complicated communications among the various stakeholders, but all parties believe the areas of dispute can be significantly narrowed given a few additional days for discussion.

We respectfully request that the June 21, 2021 deadline be extended until Thursday, June 24, 2021.

With respect to the KPH action, Defendants and KPH respectfully seek an extension of the June 21, 2021 deadline under Local Civil Rule 5.3(c) to file a joint motion to seal confidential materials arising from the Defendants' pending motion to compel arbitration and motion to dismiss. Because the joint motion to seal is tied to entry of a joint stipulated confidentiality order, Defendants and KPH respectfully request that the June 21, 2021 deadline to file a joint motion to seal also be extended until Thursday, June 24, 2021.

Honorable Edward S. Kiel, U.S.M.J.
June 18, 2021
Page 2

Respectfully yours,

By: */s/ Shelly L. Friedland*
Shelly L. Friedland
Ted Trief
TRIEF & OLK
8 Kansas Street
Hackensack, NJ 07601
Telephone: (201) 343-5770
Facsimile: (212) 317-2946
sfriedland@triefandolk.com

*Interim Liaison Counsel for the Direct
Purchaser Plaintiffs and the Proposed
Direct Purchaser Class*

Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts
ROBERTS LAW FIRM
US,PC
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

*Interim Co-Lead Counsel for the
Direct Purchaser Plaintiffs and the
Proposed Direct Purchaser Class.*

By: */s/ James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Interim Liaison Counsel for End-
Payor Plaintiffs and the Proposed
End-Payor Class*

Thomas M. Sobol
Lauren G. Barnes
Gregory T. Arnold
HAGENS BERMAN SOBOL SHAPIRO
LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
grega@hbsslaw.com

Honorable Edward S. Kiel, U.S.M.J.
June 18, 2021
Page 3

By: */s/ Bruce D. Greenberg*
Bruce D. Greenberg
LITE DEPALMA GREENBERG
& AFANADOR, LLC
570 Broad St, Suite 1201
Newark, NJ  07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

Nicomedes Sy Herrera (*pro hac vice*)
Laura E. Seidl (*pro hac vice*)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HerreraKennedy.com
LSeidl@HerreraKennedy.com

Tejinder Singh (*pro hac vice*)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
TSingh@goldsteinrussell.com

*Attorneys for Plaintiff-Relator
Zachary Silbersher*

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Chairs of the Co-Interim Lead
Counsel Committee for the Proposed
End-Payor Class*

James R. Dugan II
David S. Scalia
TerriAnne Benedetto
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs Louisiana
Health Service & Indemnity Company
d/b/a Blue Cross and Blue Shield of
Louisiana, HMO Louisiana, Inc. and
Co-Interim Lead Counsel for the
Proposed End-Payor Class*

Honorable Edward S. Kiel, U.S.M.J.
June 18, 2021
Page 4

Joseph H. Meltzer
Terence S. Ziegler
Donna Siegel Moffa
KESSLER TOPAZ MELTZER & CHECK
LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com
dmoffa@ktmc.com

*Counsel for Plaintiff Iron Workers
District Council (Philadelphia and
Vicinity) Health Benefit Plan and  Co-
Interim Lead Counsel for the Proposed
End-Payor Class*

Joe P. Leniski, Jr.
J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH & JENNINGS,
PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
joeyl@bsjfirm.com
gerards@bsjfirm.com
jims@bsjfirm.com

*Council for Plaintiff Kentucky
Laborers District Council Health and
Welfare Fund and Co-Interim  Lead
Counsel for the Proposed  End-Payor
Class*

Honorable Edward S. Kiel, U.S.M.J.
June 18, 2021
Page 5

Richard A. Sherburne, Jr.
Jessica W. Chapman
LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY, D/B/A BLUE
CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue (70809)
P.O. Box 98029
Baton Rouge, LA 70809-9029
Telephone: (225) 298-1144
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com
Jessica.Chapman@bcbsla.com

Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK WITKIN KREIS
OVERHOLTZ PLLC
17 East Main Street
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com
jwitkin@awkolaw.com

*Counsel for Plaintiffs Louisiana
Health Service & Indemnity Company
d/b/a Blue Cross and Blue Shield of
Louisiana, HMO Louisiana, Inc.*

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
ccormier@burnscharest.com

Honorable Edward S. Kiel, U.S.M.J.
June 18, 2021
Page 6

Warren T. Burns
Spencer Cox
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Tel: (469) 904-4550
wburns@burnscharest.com
scox@burnscharest.com

Amanda Klevorn
BURNS CHAREST LLP
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
lwright@burnscharest.com

*Counsel for Plaintiff the
Mayor and City Council of Baltimore
and the Proposed End-Payor Class*

Jane Lewis
CITY OF BALTIMORE DEPARTMENT OF
LAW
City Hall, Room 109
100 N. Holiday Street
Baltimore, MD 21202
Telephone: (443) 388-2190
Jane.Lewis@baltimorecity.gov

*Counsel for Plaintiff the Mayor and
City Council of Baltimore*

Honorable Edward S. Kiel, U.S.M.J.
June 18, 2021
Page 7

Heidi M. Silton
Karen H. Riebel
Jessica N. Servais
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S.,
Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
jnservais@locklaw.com

Daniel C. Hedlund
Michelle J. Looby
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Counsel for Plaintiff Pipe Trades
Services MN Welfare Fund and the
Proposed End-Payor Class*

**SILLS CUMMIS & GROSS
P.C.**

By: *s/ Gregory E. Reid*
Jeffrey J. Greenbaum
Gregory E. Reid
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
jgreenbaum@sillscummis.com
greid@sillscummis.com

Honorable Edward S. Kiel,
U.S.M.J. June 18, 2021
Page 8

**SIDLEY AUSTIN LLP**
Gordon D. Todd (*pro hac vice*)
Kimberly Leaman (*pro hac vice*)
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
gtodd@sidley.com
Kimberly.leaman@sidley.com

**COVINGTON & BURLING LLP**
Timothy C. Hester (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
Carol A. Szurkowski (*pro hac vice*)
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
thester@cov.com
abass@cov.com
cszurkowski@cov.com

*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

**WALSH PIZZI O'REILLY FALANGA LLP**

By: *s/ Liza M. Walsh*
Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
Three Gateway Center
100 Mulberry Street, 15th Floor

Honorable Edward S. Kiel,
U.S.M.J. June 18, 2021
Page 9

Newark, NJ 07102
Telephone: (973) 757-1100
lwalsh@walsh.law
koreilly@walsh.law
wwalsh@walsh.law

**WHITE & CASE LLP**
Peter J. Carney (*pro hac vice*)
Adam M. Acosta (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3667
pcarney@whitecase.com
adam.acosta@whitecase.com

Alison Hanstead (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8433
ahanstead@whitecase.com
jpace@whitecase.com

Kevin M. Bolan (*pro hac vice*)
75 State Street
Boston, MA 02109-1814
Telephone: (617) 797-9311
Kevin.bolan@whitecase.com

*Attorneys for Defendant
BTG International Limited*