UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Zytiga Litigation | Master Docket No. 19-12107 (KM)(ESK) |
| This Document Relates To: DPP Action | **NOTICE OF PARTIES' JOINT MOTION TO SEAL** |

PLEASE TAKE NOTICE that the undersigned attorneys for the Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc.; Health Direct Pharmacy Services; and Noble Health Services ("Plaintiff") and the Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and BTG International Limited, (collectively, "Defendants") (Plaintiff and Defendants, together the "parties") will move before the Honorable Edward S. Kiel, U.S.M.J., United States District Court for the District of New Jersey on Monday, July 19, 2021, pursuant to Local Civil Rule 5.3(c), for an order to seal certain portions of Defendants' Brief in Support of Their Joint Motion to Compel Arbitration (ECF No. 55) and portions of the accompanying Exhibits.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the parties will rely upon the Declaration of Jeffrey J. Greenbaum, Exhibit A (Consolidated Index in Support of Parties' Joint Motion to Seal), and Proposed

Order submitted herewith. Pursuant to Local Rule 5.3(c)(1), a brief is not necessary in support of this Motion.

Dated: June 24, 2021

/s/ Shelly L. Friedland
Shelly L. Friedland
Ted Trief
**TRIEF & OLK**
9 Kansas Street
Hackensack, NJ 07601
Telephone: (201) 343-5770
sfriedland@triefandolk.com

Dianne M. Nast
Michael S. Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com
mtarringer@nastlaw.com

Michael L. Roberts
Stephanie E. Smith
**ROBERTS LAW FIRM US, PC**
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
mikeroberts@robertslawfirm.us
stephaniesmith@robertslawfirm.us

*Attorneys for KPH Healthcare Services, Inc., a/k/a Kinney Drugs,*

/s/ Jeffrey J. Greenbaum
Jeffrey J. Greenbaum
Gregory E. Reid
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
jgreenbaum@sillscummis.com
greid@sillscummis.com

Timothy C. Hester (*pro hac vice*)
thester@cov.com
Ashley E. Bass (*pro hac vice*)
abass@cov.com
Carol A. Szurkowski (*pro hac vice*)
cszurkowski@cov.com
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Phone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Janssen Biotech, Inc., Janssen Oncology, Inc., and Janssen Research & Development, LLC*

/s/ Liza M. Walsh
Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.

| | |
|---|---|
| *Inc.; Health Direct Pharmacy Services, and Noble Health Services* | **WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>Phone: (973) 757-1100<br>Facsimile: (973) 757-1090<br>lwalsh@walsh.law<br>koreilly@walsh.law<br>wwalsh@walsh.law<br><br>Jack E. Pace III (*pro hac vice*)<br>jpace@whitecase.com<br>Alison Hanstead (*pro hac vice*)<br>ahanstead@whitecase.com<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br><br>Peter J. Carney (*pro hac vice*)<br>pcarney@whitecase.com<br>Adam M. Acosta (*pro hac vice*)<br>adam.acosta@whitecase.com<br>**WHITE & CASE LLP**<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br><br>*Attorneys for BTG International Limited* |