# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)
BRENDAN T. BYRNE (1924-2018)

JAMES T. BYERS
DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
MICHAEL CROSS
STEPHEN R. DANEK
MICHAEL A. INNES

5 BECKER FARM ROAD
ROSELAND, N.J.  07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
AVRAM S. EULE
JAMES A. O'BRIEN III
JOHN G. ESMERADO
STEVEN G. TYSON

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY

RAYMOND J. LILLIE
MEGAN A. NATALE
CHRISTOPHER J. BUGGY
JOHN P. PETROZZINO
GREGORY G. MAROTTA
KEVIN COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**

July 6, 2021

# ORDER

<u>VIA ECF</u>

The Honorable Edward S. Kiel
United States Magistrate Judge
U.S. Post Office & Courthouse Building
Newark, NJ  07101

RE:  *In re Zytiga Litigation*
     <u>Civil Action No. 19-12107 (KM)(ESK)</u>

Dear Judge Kiel:

We are Interim Liaison counsel for End Payor Class Plaintiffs in the above-captioned matter. We write on behalf of all parties in the End Payor and *Qui Tam* actions to respectfully request a one-week extension of the deadline to submit a proposed ESI protocol to the Court, to July 16, 2021.

The parties are meeting and conferring with respect to a draft ESI protocol, but it is their consensus that having an additional week will enable the parties to discuss and narrow or eliminate many issues in the draft protocol. If the additional week is acceptable to the Court, kindly "so order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ Lindsey H. Taylor

LINDSEY H. TAYLOR

**The highlighted request is granted.
So Ordered.**

cc: All Counsel (via ECF)

_/s/ Edward S. Kiel_
**Edward S. Kiel, U.S.M.J.
Date: July 7, 2021**