September 14, 2021

**VIA ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Courtroom 8
Newark, New Jersey 07101

Re: ***Joint Status Conference Letter***
*In re Zytiga Litigation*
Master Docket No. 19-12107(KM)(ESK)
*All Actions*

Dear Judge Kiel:

As requested by the Court, counsel for the parties to these actions provide this joint letter to advise of the status of these cases, particularly with regard to discovery related to the underlying patent litigations and to request another status conference in the fall.

**A.    Status of discovery.**

**1.  Initial discovery—*Qui tam* and End-Payor class action.**

*Party discovery*. On August 11, 2021, pursuant to the operative Order concerning initial discovery entered July 8, 2021 (ECF No. 158, the "Initial Discovery Schedule"), the defendants began rolling productions of certain initial discovery identified in paragraph c. of the Initial Discovery Schedule, which include documents from the underlying patent litigations, patent prosecution files as to certain patents, and other documents concerning the relevant patent filings. To date, the defendants have made six productions, totaling over 51,800 documents and 4.9 million pages.

*Non-party discovery*. Many of the materials produced in the underlying patent infringement actions were produced by the generic drug manufacturer defendants in those cases. The parties have contacted those entities, requesting their consent for the defendants to reproduce here the materials the non-party generic manufacturers produced in the underlying patent infringement cases. Thus far, two of those non-parties have consented, though particulars about confidentiality designations still need to be worked out with one of those two. Discussions with those non-party generic manufacturers that have not yet consented are ongoing and the parties are optimistic that those consent issues will be resolved in time for the defendants to reproduce those documents before the October 24, 2021 deadline (in the same format produced in the underlying litigation, pursuant to the ESI protocol, ECF No. 160). To the extent necessary, the non-party generic manufacturers may seek a protective order, or the parties in this case may seek Court intervention regarding the non-party generic manufacturers' documents.

Honorable Edward S. Kiel, U.S.M.J.
September 14, 2021
Page 2

### 2. Direct purchaser class action discovery.

Pursuant to the Court's May 19, 2021 Order, discovery has been stayed in the direct purchaser action pending further order of the Court on motions to dismiss and/or compel arbitration, which were filed on April 6, 2021 and fully briefed as of June 7, 2021.

### 3. Protective Order (ECF No. 162).

The Court adopted the plaintiffs' version of disputed paragraph 19 in the discovery confidentiality order and entered the discovery confidentiality order on August 11, 2021 (ECF No. 151-1). The Court's text order indicated that "[t]he matter will be discussed further at the telephone status conference currently scheduled for September 17, 2021 at 2:00 p.m." The parties will be prepared to discuss the discovery confidentiality order, to the extent necessary, during the upcoming conference.

**B.**   **Scheduling the next status conference.**

The parties believe it would be prudent to schedule a status conference following the completion of initial discovery in the event that any issues related to that discovery, or any other matter that may develop in the interim, need be addressed by the Court.

We propose late November or early December and will be prepared to discuss further scheduling with the Court during the status conference.

Respectfully yours,

**SILLS CUMMIS & GROSS P.C.**

By: */s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
GREGORY E. REID
greid@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500

**SIDLEY AUSTIN LLP**

GORDON D. TODD (*pro hac vice*)
gtodd@sidley.com
KIMBERLY LEAMAN (*pro hac vice*)
kimberly.leaman@sidley.com

By: */s/ James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Interim Liaison Counsel for End-Payor Plaintiffs and the Proposed End-Payor Class*

Thomas M. Sobol
Lauren G. Barnes
Gregory T. Arnold
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301

Honorable Edward S. Kiel, U.S.M.J.
September 14, 2021
Page 3

1501 K Street, N.W.
Washington, DC 20005

**COVINGTON & BURLING LLP**

TIMOTHY C. HESTER (*pro hac vice*)
thester@cov.com
ASHLEY E. BASS (*pro hac vice*)
abass@cov.com
CAROL A. SZURKOWSKI (*pro hac vice*)
cszurkowski@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

**WALSH PIZZI O'REILLY FALANGA LLP**

By: */s/ Liza M. Walsh*
LIZA M. WALSH
lwalsh@walsh.law
KATELYN O'REILLY
koreilly@walsh.law
WILLIAM T. WALSH, JR.
wwalsh@walsh.law
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Phone.: (973) 757-1100
Facsimile: (973) 757-1090

**WHITE & CASE LLP**

JACK E. PACE III (*pro hac vice*)
jpace@whitecase.com
ALISON HANSTEAD (*pro hac vice*)
ahanstead@whitecase.com
1221 Avenue of the Americas
New York, NY 10020-1095

PETER J. CARNEY (*pro hac vice*)

Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
grega@hbsslaw.com

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Chairs of the Co-Interim Lead Counsel Committee for the Proposed End-Payor Class*

James R. Dugan II
David S. Scalia
TerriAnne Benedetto
THE DUGAN LAW FIRM, LLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc. and Co-Interim Lead Counsel for the Proposed End-Payor Class*

pcarney@whitecase.com
ADAM M. ACOSTA (*pro hac vice*)
adam.acosta@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005-3807

KEVIN M. BOLAN (*pro hac vice*)
kevin.bolan@whitecase.com
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9311

**Attorneys for Defendant
BTG International Limited**

Joseph H. Meltzer
Terence S. Ziegler
Donna Siegel Moffa
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com
dmoffa@ktmc.com

*Counsel for Plaintiff Iron Workers District Council (Philadelphia and Vicinity) Health Benefit Plan and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Joe P. Leniski, Jr.
J. Gerard Stranch, IV
James G. Stranch, III
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa Parks Ave., Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419
joeyl@bsjfirm.com
gerards@bsjfirm.com
jims@bsjfirm.com

*Council for Plaintiff Kentucky Laborers District Council Health and Welfare Fund and Co-Interim Lead Counsel for the Proposed End-Payor Class*

Richard A. Sherburne, Jr.
Jessica W. Chapman
LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA
5525 Reitz Avenue (70809)
P.O. Box 98029
Baton Rouge, LA 70809-9029
Telephone: (225) 298-1144
Facsimile: (225) 297-2760
Richard.Sherburne@bcbsla.com

Honorable Edward S. Kiel, U.S.M.J.
September 14, 2021
Page 5

Jessica.Chapman@bcbsla.com

Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK WITKIN KREIS
OVERHOLTZ PLLC
17 East Main Street
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com
jwitkin@awkolaw.com

*Counsel for Plaintiffs Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, HMO Louisiana, Inc.*

Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
ccormier@burnscharest.com

Warren T. Burns
Spencer Cox
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Tel: (469) 904-4550
wburns@burnscharest.com
scox@burnscharest.com

Amanda Klevorn
BURNS CHAREST LLP
65 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
lwright@burnscharest.com

*Counsel for Plaintiff the Mayor and City Council of Baltimore and the Proposed End-Payor Class*

Honorable Edward S. Kiel, U.S.M.J.
September 14, 2021
Page 6

        Jane Lewis
        CITY OF BALTIMORE DEPARTMENT OF LAW
        City Hall, Room 109
        100 N. Holiday Street
        Baltimore, MD 21202
        Telephone: (443) 388-2190
        Jane.Lewis@baltimorecity.gov

        *Counsel for Plaintiff the Mayor and City Council of Baltimore*

        Heidi M. Silton
        Karen H. Riebel
        Jessica N. Servais
        LOCKRIDGE GRINDAL NAUEN PLLP
        100 Washington Avenue S.,
        Suite 2200
        Minneapolis, Minnesota 55401
        Tel: (612) 339-6900
        Fax: (612) 339-0981
        hmsilton@locklaw.com
        khriebel@locklaw.com
        jnservais@locklaw.com

        Daniel C. Hedlund
        Michelle J. Looby
        GUSTAFSON GLUEK PLLC
        120 South 6th Street, Suite 2600
        Minneapolis, Minnesota 55402
        Tel: (612) 333-8844
        Fax: (612) 339-6622
        dhedlund@gustafsongluek.com
        mlooby@gustafsongluek.com

        *Counsel for Plaintiff Pipe Trades Services MN Welfare Fund and the Proposed End-Payor Class*

By: */s/ Bruce D. Greenberg*
Bruce D. Greenberg
LITE DEPALMA GREENBERG
& AFANADOR, LLC
570 Broad St, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000

Honorable Edward S. Kiel, U.S.M.J.
September 14, 2021
Page 7

Fax: (973) 623-0858
bgreenberg@litedepalma.com

Nicomedes Sy Herrera (*pro hac vice*)
Laura E. Seidl (*pro hac vice*)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HerreraKennedy.com
LSeidl@HerreraKennedy.com

Tejinder Singh (*pro hac vice*)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
TSingh@goldsteinrussell.com

*Attorneys for Plaintiff-Relator
Zachary Silbersher*