James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Interim Liaison Counsel for End Payor Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ZYTIGA LITIGATION<br><br>This Document relates to:<br><br>All Actions | Civil Action No. 19-12107 (KM) (JBC)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

To:     All Persons on ECF Service List

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.     If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                                                CARELLA, BYRNE, CECCHI,
                                                OLSTEIN, BRODY & AGNELLO
                                                Interim Liaison Counsel for End Payor Class


                                          By:     /s/ Lindsey H. Taylor
                                                LINDSEY H. TAYLOR

Dated: October 5, 2021

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:          Aaron J. Marks

Address:       Cohen Milstein Sellers & Toll PLLC
               88 Pine Street, 14th Floor
               New York, NY 10005

e-mail:        amarks@cohenmilstein.com