UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SILBERSHER et al., <br><br>                    Plaintiff(s),<br><br>    v.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>                    Defendant(s) | **REQUEST BY ATTORNEY TO WITHDRAW FROM**<br><br>**ELECTRONIC NOTIFICATIONS**<br><br><br>Civil Action No.: 19-12107 (KM) (ESK) |
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., et al., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>                    Defendant(s) | Civil Action No.: 20-05901 (KM) (ESK) |

Request is hereby made by Michael L. Roberts., counsel for, KPH HEALTHCARE SERVICES, INC., a /k/a KINNEY DRUGS, INC., et al., individually and on behalf of all others similarly situated, in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

a. The within civil complaint has been dismissed/settled as to my client; KPH HEALTHCARE SERVICES, INC., a /k/a KINNEY DRUGS, INC., et al., individually and on behalf of all others similarly situated.

*Michael Roberts*
Signature of Attorney

Name:      Michael L. Roberts

Address:   Roberts Law Firm

           20 Rahling Circle

           Little Rock, AR 72223

E-mail:    mikeroberts@robertslawfirm.us