## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*,<br><br>*ex rel.* **ZACHARY SILBERSHER,**<br><br>Plaintiffs,<br><br>v.<br><br>**JANSSEN BIOTECH, INC.,** *et al.*,<br><br>Defendants. | Case No. 19–cv–12107–KM–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on February 25, 2022; and the parties having filed a joint status letter on February 24, 2022 (Joint Letter) (ECF No. 192); and for good cause appearing,

**IT IS** on this   **28th** day of **February 2022**   **ORDERED** that:

1. A telephone status conference is scheduled for **June 2, 2022 at noon** before Magistrate Judge Edward S. Kiel.  The dial in number is 1-888-684-8852 and the access code is 310-0383#.  The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

2. Plaintiffs are granted leave to file a motion by **April 8, 2022** seeking the relief requested by plaintiffs in the Joint Letter; specifically (a) to compel production of documents from defendants; and (b) to modify the discovery confidentiality order (Motion).  Defendants shall provide notice to all third-parties (Non-Consenting Generics) whose production of documents in the underlying ANDA litigations are sought from defendants through the Motion and to all third-parties (Consenting Generics) who consented to the defendants' production of documents, subject to the discovery confidentiality order entered in this action (ECF No. 175), that the Consenting Generics produced documents in the underlying ANDA litigations, subject to the discovery confidentiality order

entered in this action (ECF No. 175).  The Non Consenting Generics and the Consenting Generics are granted leave to respond to the Motion by **April 18, 2022**.

          */s/ Edward S. Kiel*
          **EDWARD S. KIEL**
          **UNITED STATES MAGISTRATE JUDGE**