

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

May 17, 2022

**BY CM/ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse Bldg.
2 Federal Square
Newark, New Jersey 07102

    Re:    *Silbersher et al. v. Janssen Biotech Inc. et al.*
            **Civil Action No. 2:19-cv-12107-KM-ESK**

Dear Judge Kiel:

    This firm represents Third-Parties/Non-Consenting Generics Mylan Pharmacetiucals Inc. ("MPI") in the above-captioned matter. We respectfully request a 30-day extension for MPI to respond to Plaintiff-Relator Zachary Silbersher's ("Relator") Motion to Compel Production of Documents (ECF No. 198) and Motion to Amend Discovery Confidentiality Order (ECF No. 199), to June 20, 2022. Any reply in support of Relator's motions would be extended by 30 days to July 5, 2022. The current deadline for MPI to respond to Relator's Motion is May 20, 2022 (ECF No. 197). Counsel for Relator has consented to this request.

    If this extension is acceptable to the Court, we respectfully request that the Court "So Order" this letter. We thank the Court for its attention to this matter and remain available at the Court's convenience to address any questions or concerns.

                                         Respectfully submitted,

                                         Arnold B. Calmann

cc:    Counsel of record (by CM/ECF)

                                         SO ORDERED:

                                         HONORABLE EDWARD S. KIEL, U.S.M.J.