PHILIP R. SELLINGER
United States Attorney
DAVID E. DAUENHEIMER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2925
david.dauenheimer2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SILBERSHER et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JANSSEN BIOTECH INC. et al., <br><br> *Defendants*. | Hon. Edward S. Kiel <br><br> *Civil Action No.* 2:19-12107 (KM) (ESK) <br><br> **SUBSTITUTION OF ATTORNEY** |

Please take notice that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Assistant U.S. Attorney David E. Dauenheimer, in substitution for Andrew Augustine Caffrey, III.

Dated:   Newark, New Jersey
         August 12, 2022

                                         Respectfully submitted,
                                         PHILIP R. SELLINGER
                                         United States Attorney

                               By:    */s/ David E. Dauenheimer*
                                         DAVID E. DAUENHEIMER
                                         Assistant United States Attorney