# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

September 29, 2022

<u>*VIA ECF*</u>

Hon. Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Courtroom 8
Newark, NJ 07101

  Re: *United States ex rel. Silbersher v. Janssen Biotech, et al.*
     **Civil Action No. 19-12107 (KM-ESK)**

Dear Magistrate Judge Kiel:

  We, along with Sidley & Austin, represent Defendants in the above action. We recently received notice that the Court adjourned the scheduled status conference to October 6, 2022 at 2:30 p.m. due to a Court scheduling conflict. Unfortunately, I will be on an airplane at that time and, with the consent of all counsel, respectfully request that it be further adjourned. I checked with all counsel, and they would all be available Friday morning, October 14, 2022 before noon, if that time and date work with the Court's schedule.

  We appreciate all courtesies extended by the Court with respect to this request.

            Respectfully yours,

            */s/ Jeffrey J. Greenbaum*

            JEFFREY J. GREENBAUM

cc: All Counsel of Record
   *(via ECF and email)*