# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
Tel: 973-643-7000
Fax: 973-643-6500

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

**Gregory E. Reid**
Member
Direct Dial: (973) 643-4411
E-mail: greid@sillscummis.com

May 19, 2023

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Courtroom 8
Newark, New Jersey 07101

      Re:   *U.S. ex rel Silbersher v. Janssen Biotech Inc.*
              Civil Action No. 19-12107 (KM-ESK)

Dear Judge Kiel:

      This firm, along with Sidley Austin LLP, represents the Defendants in the above-captioned matter. Currently pending before the Court are two Motions to Quash Subpoenas Served on Non-Parties: ECF No. 249 (filed by Amneal Pharmaceuticals, LLC, Dr. Reddy's Laboratories, Inc., Hikma Pharmaceuticals USA Inc. and Teva Pharmaceuticals USA, Inc.) and ECF No. 251 (filed by Mylan Pharmaceuticals, Inc.). Both Motions to Quash are currently returnable on the June 5, 2023 Motion Day.

      Defendants, Relator[1], and non-party movants have agreed to adjourn the Motions one-cycle, to the June 20, 2023 Motion Day. The purpose of the adjournment is to allow the parties to continue their discussions regarding a potential resolution on the subpoenas and the pending Motions to Quash. The Court previously granted a one-cycle adjournment of these Motions. (ECF No. 256).

      If this is acceptable to the Court, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system. Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

---

[1] Relator joins in this request with respect to the Motion to Quash filed by Amneal Pharmaceuticals, LLC, Dr. Reddy's Laboratories, Inc., Hikma Pharmaceuticals USA Inc., and Teva Pharmaceuticals USA, Inc. (ECF No. 249). Mylan's motion only pertains to Defendants' subpoena.

Honorable Edward S. Kiel, U.S.M.J.
May 19, 2023
Page 2

                                        Respectfully yours,

                                        *s/ Gregory E. Reid*
                                            GREGORY E. REID

cc:     All Counsel of Record (via ECF)