UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* ZACHARY SILBERSHER,<br><br>                Plaintiffs,<br><br>     v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON,<br><br>                Defendants. | Civil Action No. 19-12107 (KM) (ESK)<br><br>Hon. Edward S. Kiel, U.S.M.J.<br><br>**STIPULATION AND AMENDED SCHEDULING ORDER** |

The parties in the above-captioned matter have met and conferred and, subject to this Court's approval, respectfully submit this Stipulation and Proposed Amended Scheduling Order.

WHEREAS, on May 25, 2022, the Court entered the parties' Joint Proposed Discovery Plan, ECF 213;

WHEREAS, under the current Joint Discovery Plan, fact discovery is currently scheduled to end on August 7, 2023;

WHEREAS, the Court has scheduled a status conference on July 25, 2023;

WHEREAS, the Parties agree that a number of discovery issues remain unresolved, including third-party discovery and the scheduling of depositions, such that it would be impractical to proceed under the current schedule as set forth in the Joint Discovery Plan, ECF 213;

WHEREAS, in advance of the July 25, 2023 status conference, the parties have met and conferred regarding a proposed amended scheduling order, and have mutually agreed to the schedule as set forth below to govern future proceedings in this case.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval by the Court

it shall be SO ORDERED:

The Parties agree to the following proposed amended scheduling order:

| Event/Deadline | Previous Deadline | New Deadline |
|---|---|---|
| Close of fact discovery, including all fact-witness depositions | 13 months from July 7, 2022 status conference | March 7, 2024 |
| Relator's expert report(s) | 60 days from close of discovery | May 7, 2024 |
| Defendants' expert report(s) and rebuttal(s) | 60 days from Relator's expert report(s) | September 9, 2024 |
| Relator's rebuttal expert report(s) | 60 days from Defendants' expert report(s) | December 9, 2024 |
| Close of expert discovery | Two months from Relator's rebuttal report(s) | February 10, 2025 |
| *Daubert* Motions | Four weeks from close of expert discovery | March 10, 2025 |
| Final date for motions for summary Judgment | Eight weeks from close of expert discovery | May 12, 2025 |
| Oppositions for motions for summary judgment | 45 days from date of filing of motion | June 26, 2025 |
| Replies in support of motions for summary judgment | 30 days from date of filing of opposition | July 26, 2025 |
| Pre-trial conference | 21 days after resolution of dispositive motions and appeals, if any | 21 days after resolution of dispositive motions and appeals, if any |

Dated: June 20, 2023                                    Respectfully submitted,

| | |
|---|---|
| **LITE DEPALMA GREENBERG & AFANADOR, LLC** | **SILLS CUMMIS & GROSS P.C.** |
| By: */s/ Bruce D. Greenberg* <br> BRUCE D. GREENBERG <br> 570 Broad St, Suite 1201 <br> Newark, NJ 07102 <br> Tel: (973) 623-3000 <br> bgreenberg@litedepalma.com | By: */s/ Jeffrey J. Greenbaum* <br> JEFFREY J. GREENBAUM <br> jgreenbaum@sillscummis.com <br> GREGORY E. REID <br> greid@sillscummis.com <br> One Riverfront Plaza <br> Newark, New Jersey 07102 <br> Phone: (973) 643-7000 <br> Facsimile: (973) 643-6500 |
| **HERRERA KENNEDY LLP** | |
| NICOMEDES SY HERRERA (*pro hac vice*) <br> 1300 Clay Street, Suite 600 <br> Oakland, California 94612 <br> Telephone: (510) 422-4700 <br> NHerrera@HerreraKennedy.com | **SIDLEY AUSTIN LLP** <br><br> GORDON D. TODD (*pro hac vice*) <br> gtodd@sidley.com <br> ROBERT D. KEELING (*pro hac vice*) <br> rkeeling@sidley.com <br> KIMBERLY LEAMAN (*pro hac vice*) <br> kimberly.leaman@sidley.com <br> 1501 K Street, N.W. <br> Washington, DC 20005 |
| **SPARACINO PLLC** <br><br> TEJINDER SINGH (*pro hac vice*) <br> 1920 L Street, NW, Suite 835 <br> Washington, DC 20036 <br> Telephone: (202) 629-3530 <br> TSingh@sparacinopllc.com <br><br> *Attorneys for Plaintiff-Relator Zachary Silbersher* | *Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson* |

**SO ORDERED:**

  */s/ Edward S. Kiel*                                       **June 21, 2023**
_____           _____
The Hon. Edward S. Kiel                                    Date
United States District Court