Jeffrey J. Greenbaum
**SILLS CUMMIS & GROSS**
One Riverfront Plaza,
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br>Plaintiffs,<br><br>vs.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON,<br><br>Defendants. | Civil Action No. 19-12107 (KM) (ESK)<br><br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J.<br><br>**ORDER WITHDRAWING *PRO HAC VICE* ADMISSION OF KIMBERLY LEAMAN** |

This matter having come before the Court on the application of Sills Cummis & Gross P.C., attorneys for Defendants, with the consent of counsel for Plaintiff-Relator Zachary Silbersher, for an Order Withdrawing the *Pro Hac Vice* Admission of Kimberly Leaman;

IT IS on this **22nd** day of **September** 2023;

ORDERED that the *Pro Hac Vice* Admission of Kimberly Leaman, on behalf of Defendants, be and is hereby withdrawn; and it is further

ORDERED that Defendants will continue to be represented in the above-captioned matter by Jeffrey J. Greenbaum and Gregory E. Reid of Sills Cummis & Gross P.C. and Gordon Todd, Robert Keeling, Lauren Katzeff, and Alaric Smith of Sidley Austin LLP, admitted *pro hac vice*; and it is further

ORDERED that a copy of this Order shall be deemed served upon all counsel of record when filed electronically via the Court's ECF system.

*/s/ Edward S. Kiel*
Hon. Edward S. Kiel, U.S.M.J.