# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al., ex rel.* **ZACHARY SILBERSHER,** <br><br> Plaintiffs, <br><br> v. <br><br> **JANSSEN BIOTECH, INC.,** *et al.*, <br><br> Defendants. | Case No. 19–cv–12107–MEF–ESK <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on January 30, 2024 for a status conference and hearing (Conference) on a discovery dispute relating to plaintiffs' withholding of certain documents from production based on an assertion of the attorney-client privilege (ECF No. 301); and plaintiffs having provided the withheld documents, which were Bates stamped Relator_003524 to 003562 (Withheld Documents), to the Court for *in camera* review; and the parties having filed a joint status letter on January 27, 2024 (ECF No. 316); and for the reasons stated on the record at the Conference,

**IT IS** on this **30th** day of **January 2024 ORDERED** that:

1. Plaintiff is directed to produce the Withheld Documents to defendants by **February 20, 2024**. A Teams video conference is scheduled for **February 6, 2024 at 10:00 a.m.** before Magistrate Judge Edward S. Kiel. Please Click here to join the meeting. Alternatively, the Teams meeting ID is 241 462 7997 and the passcode is Fb6MoP.

 */s/ Edward S. Kiel*
 **EDWARD S. KIEL**
 **UNITED STATES MAGISTRATE JUDGE**