# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, *ex rel.* **ZACHARY SILBERSHER,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**JANSSEN BIOTECH, INC.,** *et al.*,<br><br>　　　　Defendants. | Case No. 19–cv–12107–MEF–ESK<br><br>ORDER |

　　**THIS MATTER** having come before the Court for a video status conference on February 6, 2023; and for the reasons stated on the record at the conference,

　　**IT IS** on this   13th day of **February 2024**   **ORDERED** that:

　　1.　A Teams video status conference is scheduled for **March 7, 2024 at 2:00 p.m.** before Magistrate Judge Edward S. Kiel.  Please Click here to join the meeting.  Alternatively, the Teams meeting ID is 259 813 429 115 and the passcode is CPRMtT. The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

　　2.　All written discovery shall be served by **February 15, 2024**.  No further written discovery shall be issued without leave of Court or upon the consent of the parties.

　　3.　Fact discovery is to remain open through **June 7, 2024**. All affirmative expert reports shall be served by **August 7, 2024**.  All responsive expert reports shall be served by **December 7, 2024**.  Depositions of all experts shall be completed by **February 7, 2025**.

　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**