# Sills Cummis & Gross

A Professional Corporation
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email:
jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

February 27, 2024

<u>VIA ECF</u>

Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Courtroom 8
Newark, New Jersey 07101

Re:  *United States ex rel. Silbersher v. Janssen Biotech Inc., et al.*
**Civil Action No. 19-12107 (MEF-ESK)**

Dear Judge Kiel:

I am writing with the consent of all counsel to move the date of our next status conference now scheduled for March 7 at 2 pm to a date convenient with the Court the following week. All counsel have confirmed they are available the following week except Monday, March 11 at 11 am and Wednesday, March 13 before 2 pm. Judge Quraishi scheduled oral argument in Trenton on March 7 in *Bristol Myers Squibb v. Becerra*, Civil Action No. 23-3335, and 3 other related matters, on cross motions for summary judgment from 10 am-2:30 pm that day, and accordingly, I have a conflict.

I would greatly appreciate the Court's courtesies in moving the Conference.

Respectfully yours,

*/s/ Jeffrey J. Greenbaum*

JEFFREY J. GREENBAUM

cc:    All Counsel by ECF