## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, *ex rel.* **ZACHARY SILBERSHER,**<br><br>      **Plaintiffs,**<br><br>   v.<br><br>**JANSSEN BIOTECH, INC.,** *et al.*,<br><br>      **Defendants.** | **Case No. 19–cv–12107–MEF–CLW**<br><br>**SPECIAL MASTER ORDER** |

**THIS MATTER** having come before the undersigned Special Master appointed by Order entered on March 18, 2024 (ECF No. 331); and the Order providing that the Special Master "shall oversee the schedule for completion of discovery, and all discovery disputes and motions related thereto, pursuant to procedures for practice that the Special Master may establish and modify as necessary" (*id.* p. 2 ¶ 2); and the Special Master having scheduled and conducted an initial status conference with all counsel for the parties on April 9, 2024; and the Special Master having conferred with counsel concerning the protocol for and timing of future submissions to the Special Master; and good cause appearing for the entry of this order,

   **IT IS** on this **12th** day of **April**, **2024 ORDERED** as follows:

   1.      Counsel shall promptly meet and confer in a good faith effort to agree on a schedule for the filing and briefing of Relator's motion challenging Defendants' assertion of privilege. This schedule must be submitted to the Special Master by **April 18, 2024**.

2.      Each party's first set of unresolved discovery issues must be submitted to the Special Master (and electronically filed) in simultaneous submissions on **April 26, 2024**. Responsive submissions must be submitted and e-filed by **May 3, 2024**.  No replies will be permitted without leave.

3.      Each party's second set of unresolved discovery issues must be submitted to the Special Master (and electronically filed) in simultaneous submissions on **May 10, 2024**.  Responsive submissions must be submitted and e-filed by **May 17, 2024**.  No replies will be permitted without leave.

4.      Unless otherwise directed by the Special Master, the parties shall transmit the schedule and all submissions related to discovery disputes by e-mail to darpert@walsh.law and fyook@walsh.law.


                                             *s/ Douglas E. Arpert*
                                             **DOUGLAS E. ARPERT**
                                             **SPECIAL MASTER**

2