**Douglas E. Arpert** — *Special Master Order*

| | |
|---|---|
| From: | Bret Hembd <bhembd@herrerakennedy.com> |
| Sent: | Thursday, April 18, 2024 6:58 PM |
| To: | Douglas E. Arpert; Francis W. Yook |
| Cc: | Jeffrey Greenbaum; Gregory E. Reid; Todd, Gordon D.; Morrissey, Brian; Katzeff, Lauren; Smith, Alaric R.; Bruce D. Greenberg; James Young x6172; Juan Martinez x2192; Clark Bolton x3025; Nicomedes Herrera; Shawn Kennedy; Laura Seidl |
| Subject: | U.S. ex rel. Silbersher v. Janssen, No. 19-cv-12107 -- Privilege Motion Schedule |

Dear Judge Arpert:

Counsel for the parties have agreed on the following schedule for the filing and briefing of Relator's motion challenging Defendants' assertion of privilege:

Motion to be filed on or before Friday, May 3, 2024;
Opposition to be filed on or before Friday, May 24, 2024;
Reply to be filed on or before Monday, June 3, 2024.

*So Ordered - [signature] Special Master*

Respectfully submitted,

**BRET D. HEMBD**
PARTNER
**HERRERA KENNEDY LLP**

3500 W. OLIVE AVE., SUITE 300
BURBANK, CA 91505
T: 213.394.3100
HERRERAKENNEDY.COM

CONFIDENTIALITY NOTICE: This communication may contain information that is privileged and highly confidential. It is intended only for the use of those addressees who are the sender's intended recipients. If you have received this communication in error, please immediately notify Herrera Kennedy LLP and permanently delete or destroy all copies (electronic and printed) of the communication and any attachments thereto. Any unauthorized use or dissemination of this communication and any attachments thereto is strictly prohibited. Your receipt of this communication does not create an attorney-client relationship between you and Herrera Kennedy LLP.

1