

**LITE DEPALMA GREENBERG & AFANADOR**

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

*Special Master Order*

June 21, 2024

**VIA ECF AND E-MAIL**
Hon. Douglas E. Arpert, U.S.M.J. (Ret.)
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

      Re:    *U.S. ex rel. Silbersher v. Janssen Biotech Inc.*
             Civil Action No. 19-cv-12107(MEF)(CLW)

Dear Judge Arpert:

      As you requested, the parties confirm they have agreed to hold the following depositions (not subject to a pending motion) after the June 7, 2024 discovery cut-off:

      Relator Zachary Silbersher: June 24, 2024
      Dr. Howard Scher: June 26, 2024
      Dr. Craig Tendler: July 9, 2024
      Mr. Michael Meyers: July 12, 2024

      Additionally, based on your Order earlier this week, the parties will confer in good faith to schedule Pearl Pugh's deposition expeditiously within this time frame.

*So Ordered —*
*D. Arpert, Special Master*

Respectfully,

*/s/ Bruce D. Greenberg*

Bruce D. Greenberg

BDG:emp

cc:    All Counsel of Record (via ECF and email)

996118.1