October 30, 2024

# ORDER

**VIA ECF**

Honorable Stacey D. Adams, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

      Re:    *U.S. ex rel. Silbersher v. Janssen Biotech Inc.*
             Civil Action No. 19-12107(MEF-SDA)

Dear Judge Adams:

    Counsel for the parties respectfully submit this joint letter to address the briefing schedule for Relator's Notice of Objections to Special Master Order and Renewed Motion for *In Camera* Review of Documents Not Subject to Privilege Pursuant to the Crime-Fraud Exception (ECF No. 393). The motion is currently set for the November 18, 2024, motion day.

    The parties have met and conferred and propose the following briefing schedule for Relator's motion:

    (1) Defendants' opposition brief will be due on November 19, 2024; and

    (2) Relator's reply brief will be due on December 10, 2024.

    Please let us know if this schedule is acceptable to the Court.

                                                      Respectfully yours,

| SILLS CUMMIS & GROSS P.C. | LITE DEPALMA GREENBERG & AFANADOR, LLC |
|---|---|
| By: */s/ Jeffrey J. Greenbaum* | By: */s/ Bruce D. Greenberg* |
| JEFFREY J. GREENBAUM | BRUCE D. GREENBERG |
| jgreenbaum@sillscummis.com | 570 Broad St, Suite 1201 |
| GREGORY E. REID | Newark, NJ 07102 |
| greid@sillscummis.com | Tel: (973) 623-3000 |
| One Riverfront Plaza | bgreenberg@litedepalma.com |
| Newark, New Jersey 07102 | |
| Phone: (973) 643-7000 | |
| Facsimile: (973) 643-6500 | |

Honorable Stacey D. Adams, U.S.M.J.
October 30, 2024
Page 2

**SIDLEY AUSTIN LLP**
GORDON D. TODD (*pro hac vice*)
gtodd@sidley.com
BRIAN P. MORRISSEY (*pro hac vice*)
bmorriss@sidley.com
LAUREN KATZEFF (*pro hac vice*)
lkatzeff@sidley.com
ALARIC R. SMITH (*pro hac vice*)
alaric.smith@sidley.com
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000

*Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

**HERRERA KENNEDY LLP**
NICOMEDES SY HERRERA (*pro hac vice*)
BRET D. HEMBD (*pro hac vice*)
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HerreraKennedy.com
BHembd@HerreraKennedy.com

**SPARACINO PLLC**
TEJINDER SINGH (*pro hac vice*)
1920 L Street, NW, Suite 835
Washington, DC 20036
Telephone: (202) 629-3530
TSingh@sparacinopllc.com

**MORGAN & MORGAN**
JAMES YOUNG (*pro hac vice*)
501 Riverside Ave, Suite 1200
Jacksonville, FL 32202
Telephone: (904) 361-0012
JYoung@ForThePeople.com

**MORGAN & MORGAN**
CLARK BOLTON (*pro hac vice*)
JUAN MARTINEZ (*pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
CBolton@ForThePeople.com
JuanMartinez@ForThePeople.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

---

The highlighted request is **GRANTED.** The hearing date of the Motion at ECF No. 393 is now **December 16, 2024.**

_____
Stacey D. Adams
United States Magistrate Judge
Dated: November 5, 2024.