**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

November 13, 2024

**BY ECF**

Honorable Stacey D. Adams U.S.M.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  *United States ex rel. Silbersher v. Janssen Biotech, Inc, et al.*
        *Civil Action No. 19 CV 12107 (KM)(ESK)*

Dear Judge Adams:

  This firm, together with Winston & Strawn LLP, represented Non-parties, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC ("Amneal"); Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. ("DRL"); Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals, PLC, Hikma Pharmaceuticals, LLC, West-Ward Pharmaceutical Corp. ("Hikma"); and Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., Actavis Laboratories FL, Inc., Actavis Pharma, Inc., Actavis, Inc. ("Teva") (collectively, "Generic Manufacturers") in the above-referenced matter.

  Sanaya M. Tamboli was admitted *pro hac vice* on May 22, 2023 in this matter (ECF no. 259). Jovial Wong and John Harding were admitted on May 25, 2023 (ECF no. 262,263). The Generic Manufacturers are no longer involved in this matter.

  Accordingly, pursuant to L.Civ.R. 101.1(c)(5), we respectfully request the Court's approval of Ms. Tamboli's and Messrs. Wong's and Harding's withdrawal as *pro hac vice* counsel in this matter.

  If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter, pursuant to L.Civ.R. 101.1(c)(5).

Honorable Stacey D. Adams, U.S.M.J.                                November 13, 2024
                                                                                 Page 2

      We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

                            Respectfully submitted,

                            s/ James S. Richter

                            James S. Richter

SO ORDERED:

_____                       Dated: November _____, 2024
Honorable Stacey D. Adams, U.S.M.J.

