**Midlige Richter**

JAMES S. RICHTER
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

November 13, 2024

**BY ECF**

Honorable Stacey D. Adams U.S.M.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

# ORDER

Re:   *United States ex rel. Silbersher v. Janssen Biotech, Inc, et al.*
      Civil Action No. 19 CV 12107 (KM)(ESK)

Dear Judge Adams:

This firm, together with Winston & Strawn LLP, represented Non-parties, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC ("Amneal"); Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. ("DRL"); Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals, PLC, Hikma Pharmaceuticals, LLC, West-Ward Pharmaceutical Corp. ("Hikma"); and Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., Actavis Laboratories FL, Inc., Actavis Pharma, Inc., Actavis, Inc. ("Teva") (collectively, "Generic Manufacturers") in the above-referenced matter.

Sanaya M. Tamboli was admitted *pro hac vice* on May 22, 2023 in this matter (ECF no. 259). Jovial Wong and John Harding were admitted on May 25, 2023 (ECF no. 262,263). The Generic Manufacturers are no longer involved in this matter.

Accordingly, pursuant to L.Civ.R. 101.1(c)(5), we respectfully request the Court's approval of Ms. Tamboli's and Messrs. Wong's and Harding's withdrawal as *pro hac vice* counsel in this matter.

If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter, pursuant to L.Civ.R. 101.1(c)(5).


T. 908.626.0622
F. 908.626.0322
www.midlige-richter.com
info@midlige-richter.com
645 Martinsville Road
Basking Ridge, NJ 07920

Honorable Stacey D. Adams, U.S.M.J.  November 13, 2024
Page 2

    We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

                        Respectfully submitted,

                        s/ James S. Richter

                        James S. Richter

SO ORDERED:

_____   Dated: November 15th, 2024
Honorable Stacey D. Adams, U.S.M.J.