**LITE DEPALMA GREENBERG & AFANADOR**

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

December 3, 2024

**VIA ECF**
Hon. Stacey D. Adams, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

      Re:    *U.S. ex rel. Silbersher v. Janssen Biotech Inc.*
              **Civil Action No. 19-12107(MEF-SDA)**

Dear Judge Adams:

      Together with our co-counsel, this office represents plaintiff-relator Zachary Silbersher. Pursuant to L. Civ. R. 6.1 and Your Honor's Judicial Preferences, we respectfully request a one-week extension, until December 17, 2024, for Relator to submit a reply brief in further support of Relator's Notice of Objections to Special Master Order and Renewed Motion for *In Camera* Review of Documents Not Subject to Privilege Pursuant to the Crime-Fraud Exception (ECF No. 393). Defendants consent to the requested extension.

      The reason for this request is due to family illness of counsel. The reply brief is currently due on December 10, 2024, and Relator's motion is currently returnable on the December 16, 2024 motion day.

      Relator has not previously sought an extension. The Court did, however, grant a prior extension for Defendants to submit their opposition papers (ECF Clerk Entry Oct. 28, 2024 and ECF No. 405).

      Thank you very much for your consideration.

                                  Respectfully,

                                  */s/ Bruce D. Greenberg*

                                  Bruce D. Greenberg

BDG:emp

cc:      All Counsel of Record (via ECF)

1016018.1