# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. : | |
| *ex rel.* ZACHARY SILBERSHER : | |
| : | Civil Action No. 19-cv-12107 |
| v. : | |
| : | |
| JANSSEN BIOTECH, INC. *et al.* : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Please withdraw my appearance on behalf of Defendant Andrew Brackbill in the above captioned action.

ANTHEIL MASLOW & MACMINN, LLP

By:     s/ Thomas P. Donnelly
Thomas P. Donnelly, Esquire
Counsel for Defendant Andrew Brackbill

Date: March 4, 2025