**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
bgreenbeg@litedepalma.com
*Attorney for Plaintiff-Relator Zachary Silbersher*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br> *Plaintiffs*, <br> vs. <br><br> JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, <br><br> *Defendants*. | Civil Action No. 19-12107 (MEF)(SDA) <br><br> **NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF CHAD HUMMEL AND JENNIFER TRUELOVE** |

**PLEASE TAKE NOTICE** that on August 4, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff-Relator Zachary Silbersher ("Plaintiff-Relator") will move before the Honorable Stacey D. Adams, U.S.M.J. at the United States District Court for the District of New Jersey, United States Post Office & Courthouse, Federal Square, Newark, New Jersey 07101, for an order admitting Chad Hummel and Jennifer Truelove; and it appearing that Chad

Hummel is a Partner with the law firm of McKool Smith, located at One California Plaza, 300 South Grand Avenue, Suite 2900, Los Angeles, CA 90071 and Jennifer Truelove is a Principal with the law firm of McKool Smith, located at 104 East Houston Street, Suite 300, Marshall, TX  75670, *pro hac vice* for all purposes in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of Plaintiff-Relator's motion are the Certifications of Bruce D. Greenberg, Chad Hummel and Jennifer Truelove.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that because this application being made is pursuant to Local Rule 101.1(c) and is within the discretion of the Court, no brief is necessary.

**PLEASE TAKE FURTHER NOTICE** that Counsel for Defendants have advised that they consent to the *pro hac vice* admission of the above-named counsel.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff-Relator hereby requests that this motion be decided on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated:  July 2, 2025

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

***Attorney for Plaintiff-Relator Zachary Silbersher***