UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.*, *ex rel.* **ZACHARY SILBERSHER**,<br><br>                              **Plaintiffs**,<br>v.<br><br>**JANSSEN BIOTECH, INC.**, *et al.*,<br><br>                              **Defendants.** | Case No. 19-cv-12107 (MEF) (SDA)<br><br>**SPECIAL MASTER ORDER** |

In this Order the Special Master will address the parties' November 5, 2025 joint proposal regarding the schedule for *Daubert* motions. In light of the parties' mutual agreement, the Special Master hereby adopts the following schedule:

1. **December 22, 2025: All *Daubert* motions due**
2. **January 21, 2026: Responses due**
3. **February 4, 2026: Replies due**

The parties shall meet and confer one week after the motions are fully briefed in an effort to determine whether any such motions may be resolved, in whole or in part, without the Court's intervention.

The Special Master will conduct a telephone status conference with the parties on **February 18, 2026, at 10:00 a.m. (EST).**

1

**IT IS SO ORDERED.**

Date: November 6, 2025              *s/ Douglas E. Arpert*
                                    **Douglas E. Arpert**
                                    **Special Master**