**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
bgreenbeg@litedepalma.com

*Attorney for Plaintiff-Relator Zachary Silbersher*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, *Plaintiffs*, vs. JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON, *Defendants*. | Civil Action No. 19-12107 (MEF)(SDA) **NOTICE OF WITHDRAWAL OF MATTHEW S. WEILER AS PRO HAC VICE COUNSEL OF RECORD** |

**TO:   CLERK OF THE COURT**

      **ALL PARTIES AND THEIR COUNSEL OF RECORD**

      **PLEASE TAKE NOTICE THAT** Matthew S. Weiler of Schneider Wallace Cottrell Kim LLP, withdraws his *pro hac vice* application as counsel to Plaintiff-Relator Zachary Silbersher

("Plaintiff-Relator") in the above-captioned action.  A request also is made to withdraw Mr. Weiler from all electronic notifications in this matter.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff-Relator in the above-captioned actions shall continue to be represented by Bruce D. Greenberg of Lite DePalma Greenberg & Afanador, LLC; Nicomedes Sy Herrera of Herrera Kennedy LLP, admitted *pro hac vice*; Tejinder Singh of Sparacino PLLC, admitted *pro hac vice*; James Young and Clark Bolton of Morgan & Morgan, admitted *pro hac vice*; and Chad Hummel and Jennifer Truelove of McKool Smith, admitted *pro hac vice*.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated:  December 11, 2025

/s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorney for Plaintiff-Relator Zachary Silbersher*

**SO ORDERED.**

**Honorable Stacey D. Adams**
**United States Magistrate Judge**
**Dated:  December 15, 2025**

2