# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

December 19, 2025

**By Email and ECF**

Hon. Douglas E. Arpert, U.S.M.J. (Ret.)
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

    Re: **United States ex rel. Silbersher v. Janssen Biotech Inc., et al.,**
           **Civil Action No. 19-12107 (MEF-SDA)**

Dear Judge Arpert:

    Defendants respectfully move the Court for a two-week extension of the deadline for the parties to file *Daubert* motions to exclude expert witnesses. These motions are currently due on December 22, 2025. Defendants request an extension of the deadline to January 9, 2026, with a corresponding extension of the deadlines for opposition and reply briefs. This is Defendants' first request for an extension of this deadline. The modest extension that Defendants seek would allow all parties to finalize their forthcoming motions in a more orderly manner. The extension would also push the full period for response briefs, currently starting December 23 and running through January 21, to after the Holidays. All counsel and clients would appreciate a less hectic holiday season with their families. Relator consents to this request.

    We would appreciate your Honor's courtesies.

    Respectfully submitted,

                                          **SILLS CUMMIS & GROSS P.C.**

                                          By: s/ *Jeffrey J. Greenbaum*
                                              JEFFREY J. GREENBAUM

Hon. Douglas A. Arpert, U.S.M.J. (Ret.)
December 19, 2025
Page 2

    jgreenbaum@sillscummis.com
    GREGORY E. REID
    greid@sillscummis.com
    One Riverfront Plaza
    Newark, New Jersey 07102
    Phone: (973) 643-7000
    Facsimile: (973) 643-6500

    **SIDLEY AUSTIN LLP**
    GORDON D. TODD (*pro hac vice*)
    gtodd@sidley.com
    LAUREN KATZEFF (*pro hac vice*)
    lkatzeff@sidley.com
    ELLEN CRISHAM PELLEGRINI (*pro hac vice*)
    epellegrini@sidley.com
    ALARIC R. SMITH (*pro hac vice*)
    alaric.smith@sidley.com
    1501 K Street, N.W.
    Washington, DC 20005

    *Attorneys for Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson*

cc:    All counsel of record (by ECF and email)