# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

Jeffrey J. Greenbaum
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

*SPECIAL MASTER ORDER*

December 19, 2025

**By Email and ECF**

Hon. Douglas E. Arpert, U.S.M.J. (Ret.)
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

Re:   United States ex rel. Silbersher v. Janssen Biotech Inc., et al.,
Civil Action No. 19-12107 (MEF-SDA)

Dear Judge Arpert:

*[Granted]* Defendants respectfully move the Court for a two-week extension of the deadline for the parties to file *Daubert* motions to exclude expert witnesses. These motions are currently due on December 22, 2025. Defendants request an extension of the deadline to January 9, 2026, with a corresponding extension of the deadlines for opposition and reply briefs. This is Defendants' first request for an extension of this deadline. The modest extension that Defendants seek would allow all parties to finalize their forthcoming motions in a more orderly manner. The extension would also push the full period for response briefs, currently starting December 23 and running through January 21, to after the Holidays. All counsel and clients would appreciate a less hectic holiday season with their families. Relator consents to this request.

We would appreciate your Honor's courtesies.

Respectfully submitted,

*So Ordered —*
*[signature] D. Arpert, USMJ*

SILLS CUMMIS & GROSS P.C.

By: s/ Jeffrey J. Greenbaum
JEFFREY J. GREENBAUM