**LITE DEPALMA GREENBERG & AFANADOR**

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

January 21, 2026

<u>**VIA EMAIL & ECF**</u>
Hon. Douglas E. Arpert, U.S.M.J. (Ret.)
Three Gateway Center
100 Mulberry Street
15th Floor
Newark, New Jersey 07102

  Re: *United States ex rel. Silbersher v. Janssen Biotech Inc., et al.*,
     Civil Action No. 19-12107 (MEF)(SDA)
     Updated *Daubert* Briefing Schedule

Dear Judge Arpert:

  Together with our co-counsel, this office represents Relator Zachary Silbersher in this matter. Relator respectfully requests that Your Honor enter an updated briefing schedule for the parties to file *Daubert* opposition and reply briefs.

  On December 19, 2026, Your Honor granted Defendants' unopposed request to amend Your Honor's November 6, 2025 Order (ECF No. 467) to extend the deadline to file *Daubert* motions by nearly three weeks from December 22, 2025 to January 9, 2026. Relator requests a commensurate extension of the deadline to file opposition briefs from four weeks to six weeks. Thus, opposition briefs would be due on February 23, 2026 and reply briefs due on March 9, 2026.

  As Your Honor previously suggested, the parties would appear before you for a conference within two weeks of the date that briefing is completed. Accordingly, the updated schedule would be:

    *Daubert* Opposition Briefs:  February 23, 2026
    *Daubert* Reply Briefs:    March 9, 2026
    Post-briefing Conference:  Week of March 23, 2026

  Defendants consent to this request. Thank you very much for your consideration.

            Respectfully,

            */s/ Bruce D. Greenberg*

            Bruce D. Greenberg

BDG:emp

cc: All Counsel (via e-mail)