**LITE DEPALMA GREENBERG & AFANADOR**

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

February 19, 2026

<u>**VIA EMAIL and ECF**</u>
Hon. Douglas E. Arpert, U.S.M.J. (Ret.)
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

  Re: United States ex rel. Silbersher v. Janssen Biotech Inc., et al.,
     Civil Action No. 19-12107 (MEF-SDA)
     Updated *Daubert* Briefing Schedule

Dear Judge Arpert:

  Together with our co-counsel, this office represents Plaintiff-Relator Zachary Silbersher. Relator respectfully moves the Court to extend the time for the parties to file oppositions to the *Daubert* motions by three weeks, to March 16, 2026. The reasons for the extension involve family illness for several attorneys working on opposing the approximately 200 pages of briefing submitted by Defendants; a death in the family of an attorney with a critical role in drafting the opposition papers; and other personal and personnel issues.

  Your Honor may recall that on December 19, 2025—the last business day before *Daubert* motions were due—Defendants requested, and Relator consented to a three-week extension to file their motions. Your Honor so-ordered the adjusted briefing schedule. (ECF 471) On January 22, 2026, Your Honor entered an Order (ECF 501) setting the schedule for opposition briefs on February 23; reply briefs on March 9; and a status conference the week of March 23, 2026.

  Relator requested Defendants' consent to a three-week extension, which was refused. Defendants offered to extend the opposition deadline only to March 5, but requested a new status conference date for the week of April 27 (due to unavailability resulting from one week of travel, plus a one-week Spring Break vacation). Because the new proposed status conference date would extend the current schedule by five (5) weeks, Relator believes his original requested extension to March 16 for oppositions would not cause any delay, so there is no reason to deny it, other than for tactical reasons. Accordingly, Relator respectfully requests Your Honor to order the following revised dates:

Granted —

| | |
|---|---|
| ***Daubert* Opposition Briefs:** | **March 16, 2026** |
| ***Daubert* Reply Briefs:** | **March 30, 2026** (two-week period under ECF 501) |
| **Post-briefing Conference:** | **Week of April 27, 2026** |

The conference previously set for March 25 is rescheduled to April 28, 2026 at 10:00 A.M.

Respectfully,

*/s/ Bruce D. Greenberg*

Bruce D. Greenberg

So Ordered

s/*Douglas E. Arpert*
Douglas E. Arpert
Special Master

BDG:emp

  cc: All Counsel of Record (via ECF)