Jeffrey J. Greenbaum
Gregory E. Reid
**SILLS CUMMIS & GROSS**
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>*Plaintiffs*,<br><br>v.<br><br>JANSSEN BIOTECH, INC., JANSSEN ONCOLOGY, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, and JOHNSON & JOHNSON,<br><br>*Defendants*. | Civil Action No. 19-12107 (MEF)(SDA)<br><br>*Document Electronically Filed*<br><br>Special Master Douglas E. Arpert<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY J. GREENBAUM IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO RELATOR'S MOTIONS TO EXCLUDE EXPERT TESTIMONY OF DR. ADAM E. BLOCK, EDWARD J. BUTHUSIEM, CRAIG GARTHWAITE, ANDREW H. HIRSHFELD, GREGORY MADDEN, DR. RICHARD H. MORTIMER, MARTIN H. SHIMER, AND DR. MATTHEW R. SMITH** |

I, Jeffrey J. Greenbaum, declare as follows:

1.  I am an attorney at law practicing in the State of New Jersey, a member in good standing of the bar of this Court, a member of the law firm of Sills Cummis & Gross P.C., and counsel for Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson (collectively "Defendants").

1

2. I submit this supplemental declaration in support of Defendants' Oppositions to Relator's Motions to Exclude the Expert Testimony of Dr. Adam E. Block, Edward J. Buthusiem, Craig Garthwaite, Andrew H. Hirshfeld, Gregory Madden, Dr. Richard H. Mortimer, Martin H. Shimer, and Dr. Matthew R. Smith.

3. This declaration supplements my declaration dated January 9, 2026 (ECF No. 488), and is based on my personal knowledge of the facts set forth herein.

4. Attached hereto as **Exhibit 43** is a true and correct copy of relevant excerpts from the File History of U.S. Patent No. 8,822,438, produced by Defendants in this case bearing Bates label ZYTIGA_LIT_00000014.

5. Attached hereto as **Exhibit 44** is a true and correct copy of relevant excerpts from the transcript for the deposition of Eric Harris, taken on May 8, 2024. This exhibit is being filed under seal.

6. Attached hereto as **Exhibit 45** is a true and correct copy of relevant excerpts from the transcript for the deposition of Dr. Suneel Mundle, taken on May 24, 2024. This exhibit is being filed under seal.

7. Attached hereto as **Exhibit 46** is a true and correct copy of relevant excerpts from the transcript for the deposition of Dr. Craig Tendler, taken on July 9, 2024. This exhibit is being filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2026                    /s/    *Jeffrey J. Greenbaum*
                                                Jeffrey J. Greenbaum

## **CERTIFICATE OF SERVICE**

I, Jeffery J. Greenbaum, certify that on March 16, 2026, I electronically filed this document with the Clerk of Court through the Court's CM/ECF system, which served this document on all counsel of record.

Dated: March 16, 2026               */s/ Jeffrey J. Greenbaum*
                                    Jeffrey J. Greenbaum